**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO CORNER, LLC<br>AN ILLINOIS CORPORATION,<br><br>       Plaintiff<br><br>    vs.<br><br>HARD LENS MEDIA, INC.<br>AN ILLINOIS CORPORATION,<br><br><br>       Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-CV-00246<br><br>**AMENDED COMPLAINT FOR**<br><br>**1. COPYRIGHT INFRINGEMENT;**<br>**2. ACCOUNTING;**<br>**3. DECLARATORY RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

Now Comes the Plaintiff, Chicago Corner, LLC. ("Plaintiff") by and through its attorneys Catherine S. Hareas and John M. O'Toole for its Complaint against Defendant, Hard Lens Media, Inc., and states as follows:

**THE PARTIES**

1.    Plaintiff Chicago Corner, LLC is a Limited Liability Corporation organized under the laws of Illinois with its principal place of business at 6430 N. Artesian Ave.; Chicago, Illinois. Plaintiff produces programming for the YouTube Channel Chicago Corner.

2.    On information and belief, Defendant Hard Lens Media, Inc., an Illinois Corporation, ("HLM") is a Corporation duly organized and existing under the laws of the State of Illinois, with its principal place of business at 3635 South Winchester, Chicago, IL 60609 and 2231 West Maypole Avenue - Unit 103; Chicago, Illinois. HLM's registered officers are President Kit Cabello and

Secretary Daniel Luepker. Plaintiff further alleges on information and belief, that Defendant Hard Lens Media, Inc. is owned by Kit Cabello and Daniel Luepker.

**JURISDICATION AND VENUE**

3.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. 1400. The Court has supplemental jurisdiction of Plaintiff's common law claims under 28 USC § 1367.

4.     Defendant Hard Lens Media, Inc. has committed acts of Copyright Infringement in the Northern District of Illinois. Accordingly, venue is proper here under 28 USC § 1391(b) and 1400(b).

**FIRST CLAIM FOR RELIEF**

**(Federal Copyright Infringement against Defendant)**

5.     Plaintiff incorporates by reference all of the allegations of paragraphs 1 through 4, inclusive of this Complaint as though set forth herein in full.

6.     Plaintiff owns the following copyrighted material, produced and edited for the YouTube Channel Chicago Corner:

"Chicago Corner: Chicago #M4M4ALL March for Medicare for All Highlights"

"Chicago Corner: 2023 Chicago Mayoral Race Petition Drop-Off Coverage"

"Chicago Corner: Happy Holidaze to Chicago from Mayor Lori Lightfoot!"

"Chicago Corner: Activists Rally Mayor for CHA Land, Ordinance Ends Subminimum Wage, Guest Joe Evans, Barbie & More"

7.     Likewise, Plaintiff has registered with the United States Copyright Office the following material:

The above-referenced "Chicago Corner: Chicago #M4M4ALL March for Medicare for All Highlights" registered with the Copyright Office on January 3, 2024, Registration Service Request #: 1-13349470950.

The above-referenced "Chicago Corner: 2023 Chicago Mayoral Race Petition Drop-Off Coverage" registered with the Copyright Office on January 3, 2024, Registration Service Request #: 1-13349470923.

The above-referenced "Chicago Corner: Happy Holidaze to Chicago from Mayor Lori Lightfoot!" registered with the Copyright Office on January 3, 2024, Registration Service Request #: 1-13349470848.

The above-referenced "Chicago Corner: Activists Rally Mayor for CHA Land, Ordinance Ends Subminimum Wage, Guest Joe Evans, Barbie & More" registered with the Copyright Office on January 3, 2024, Registration Service Request #: 1-13349328571.

8. On February 1, 2024, a Registration Decision Date was issued by the United States Register of Copyrights Director identifying the **Effective Dates of Registration** of Plaintiff's copyrighted material as **December 29 & 30, 2023** (GROUP EXHIBIT A):

"Chicago Corner: Chicago #M4M4ALL March for Medicare for All Highlights" PA Registration Number **PA 2-452-603 (Effective Date of Registration: December 29, 2023.)**

"Chicago Corner: 2023 Chicago Mayoral Race Petition Drop-Off Coverage" PA Registration Number **PA 2-452-612 (Effective Date of Registration: December 29, 2023.)**

"Chicago Corner: Happy Holidaze to Chicago from Mayor Lori Lightfoot!" PA Registration Number **PA 2-452-604 (Effective Date of Registration: December 29, 2023**.)

"Chicago Corner: Activists Rally Mayor for CHA Land, Ordinance Ends Subminimum Wage, Guest Joe Evans, Barbie & More" PA Registration Number **PA 2-452-611** (**Effective Date of Registration: December 30, 2023**.)

9. Defendant Hard Lens Media, Inc., has used Plaintiff's copyrighted materials in video programs and livestreams which they have produced and broadcasted without the permission of Plaintiff in the following Hard Lens Media programs and livestreams on the video platforms **YouTube**, **Rokfin**, **Rumble** and **Odysee**:

"Highlights From M4All, Jamal Green, Jimmy Dore, Shoe0nhead" / **July 27, 2021** on **YouTube** (Plaintiff video "Chicago #M4M4ALL March for Medicare for All")

"Chicago #M4M4ALL March and Rally Emceed by Hard Lens Media Hosts Kit Cabello and Daniel Luepker" / **July 27, 2021** on **Odysee** (Plaintiff video "Chicago #M4M4ALL March for Medicare for All")

"Chicago Mayoral 2023 Race Petition Drop-Off, Interview With The Candidates" / **November 26, 2022** on **YouTube**, **Rumble** & **Odysee** (Plaintiff video "2023 Chicago Mayoral Race Petition Drop-Off Coverage")

"Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, VHS Speculation, Congress & Insider Trading" / **January 3, 2023** on **YouTube**, **Rokfin**, **Rumble** & **Odysee** (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"#ForceTheVote VS Critics, AOC, DNC, & McCarthy, Crypto Crash" / **January 6, 2023** on **YouTube**, **Rokfin**, **Rumble** & **Odysee** (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"Jimmy Dore Discusses House GOP Speaker Vote & Critics of #ForceTheVote - Live With Hard Lens Media" / **January 8, 2023** on **YouTube**, **Rokfin**, **Rumble** & **Odysee** (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"East Palestine America's Chernobyl, MARS ATTACKS, 2024 Will Be A Disaster" / **February 13, 2023** on **YouTube**, **Rokfin**, **Rumble** & **Odysee** (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"Ana Kasparian & Ben Shapiro, Biden State Of The Union, Bernie & Railroad Workers, Failure For 2024" / **February 27, 2023** on YouTube, **Rokfin**, **Rumble** & **Odysee** (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"Mayor Lightfoot Loses Chicago Election, Buttiegieg Falls, SCOTUS & Student Debt" / **March 1, 2023** on **YouTube**, **Rokfin**, & **Odysee** (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"Exposed - Chicago Corner and Jerry Vasilatos" / **December 23, 2023** on **YouTube** (Plaintiff video "Activists Rally Mayor for CHA Land, Ordinance Ends Subminimum Wage, Guest Joe Evans, Barbie & More")

10. Plaintiff demanded that Defendant remove videos featuring Plaintiff's copyrighted content without their consent through the YouTube DCMA filing process.

11. Defendant refused to cease its infringing activities regarding all videos registered by the Plaintiff. (EXHIBIT B)

12. Upon Plaintiff's confirmation to YouTube that legal action against the Defendant had been filed in US Federal District Court on **January 10, 2024** to compel YouTube to remove the unauthorized material, YouTube removed the following programs from the Defendant's YouTube Channel on **January 14, 2024** (EXHIBIT C):

"Highlights From M4All, Jamal Green, Jimmy Dore, Shoe0nhead" / July 27, 2021 (Plaintiff video "Chicago #M4M4ALL March for Medicare for All")

"Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, VHS Speculation, Congress & Insider Trading" / January 3, 2023 (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"#ForceTheVote VS Critics, AOC, DNC, & McCarthy, Crypto Crash" / January 6, (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"Jimmy Dore Discusses House GOP Speaker Vote & Critics of #ForceTheVote - Live With Hard Lens Media" / January 8, 2023 (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"East Palestine America's Chernobyl, MARS ATTACKS, 2024 Will Be A Disaster" / February 13, 2023 (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"Mayor Lightfoot Loses Chicago Election, Buttiegieg Falls, SCOTUS & Student Debt" / March 1, 2023 (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

13. While YouTube was investigating copyright issues and privacy violation concerns reported by the Plaintiff regarding the Defendant's program "Exposed - Chicago Corner and Jerry Vasilatos" / December 23, 2023 (Plaintiff video "Activists Rally Mayor for CHA Land, Ordinance Ends Subminimum Wage, Guest Joe Evans, Barbie & More"), this program with the Plaintiff's copyrighted material remained online until, by admission, the Defendant made the video "Private" by **February 27, 2024** (EXHIBIT D).

14. Instead of removing the video referenced in Paragraph 13, the Defendant made the video "Private", thereby retaining it on their channel instead of removing it completely (EXHIBIT E).

15.     **As of the date of this Amended Complaint** and in defiance of the Plaintiff's notification of rights and privileges secured under 17 U.S.C. 101 et seq., to the copyrights of the previously-referenced works in the original claim, the Defendant continues to use the Plaintiff's copyrighted content on its other video channel platforms **Rokfin**, **Rumble**, and **Odysee** (EXHIBIT F):

"Chicago #M4M4ALL March and Rally Emceed by Hard Lens Media Hosts Kit Cabello and Daniel Luepker" / **July 27, 2021** on **Odysee** (Plaintiff video "Chicago #M4M4ALL March for Medicare for All")

"Chicago Mayoral 2023 Race Petition Drop-Off, Interview With The Candidates" / **November 26, 2022** on **Rumble** & **Odysee** (Plaintiff video "2023 Chicago Mayoral Race Petition Drop-Off Coverage")

"Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, VHS Speculation, Congress & Insider Trading" / **January 3, 2023** on **Rokfin**, **Rumble** & **Odysee** (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"#ForceTheVote VS Critics, AOC, DNC, & McCarthy, Crypto Crash" / **January 6, 2023** on **Rokfin**, **Rumble** & **Odysee** (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"Jimmy Dore Discusses House GOP Speaker Vote & Critics of #ForceTheVote - Live With Hard Lens Media" / **January 8, 2023** on **Rokfin**, **Rumble** & **Odysee** (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"East Palestine America's Chernobyl, MARS ATTACKS, 2024 Will Be A Disaster" / **February 13, 2023** on **Rokfin**, **Rumble** & **Odysee** (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"Ana Kasparian & Ben Shapiro, Biden State Of The Union, Bernie & Railroad Workers, Failure For 2024" / **February 27, 2023** on **Rokfin**, **Rumble** & **Odysee** (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

"Mayor Lightfoot Loses Chicago Election, Buttiegieg Falls, SCOTUS & Student Debt" / **March 1, 2023** on **Rokfin**, & **Odysee** (Plaintiff video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!")

16. The specific acts of infringement described above are simply representative of a broader pattern of infringement in which Defendant has engaged in unauthorized use of the content of Plaintiff's copyrighted material since December of 2023. Defendant's conduct has been in willful violation of Plaintiff's repeated warnings to Defendant that Plaintiff does not want its copyrighted material included in Defendant's programs without its consent, and that Defendant's conduct is unauthorized.

17. Defendant's conduct violates the exclusive rights belonging to Plaintiff as the owner of the copyrights in the respective video programs, including without limitation Plaintiff'' rights under 17 U.S.C. 106.

18. On information and belief, Plaintiff alleges that, as a direct and proximate result of its wrongful conduct, Defendant has realized and continues to realize profits and other benefits rightfully belonging to Plaintiff. Accordingly, Plaintiff seeks an award of damages pursuant to 17 U.S.C. 504 and 505.

19. Defendant's infringing conduct has also caused and is causing substantial and irreparable injury and damage to Plaintiff in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving the Plaintiff with no adequate remedy at law.

CHICAGO CORNER, LLC v. HARD LENS MEDIA, INC.

20. On information and belief, Defendant has willfully engaged in, and is willfully engaging in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of Plaintiff. Plaintiff is, therefore, entitled to the maximum statutory damages allowable.

## SECOND CLAIM FOR RELIEF

### (Accounting against Defendant Hard Lens Media, Inc.)

21. Plaintiff incorporates by reference all the allegations of paragraphs 1 through 20, inclusive of this Complaint as though set forth herein in full.

22. As a result of the aforementioned allegations, Defendant Hard Lens Media, Inc. has received money, a portion of which is due to Plaintiff from Defendant Hard Lens Media, Inc.

23. The amount of money due from Defendant Hard Lens Media, Inc. to Plaintiff is unknown to Plaintiff and cannot be ascertained without an accounting of the receipts and disbursements of the aforementioned transactions.

24. Plaintiff demands an accounting of the aforementioned transactions from Defendant Hard Lens Media, Inc. and payment of the amount found.

## THIRD CLAIM FOR RELIEF

### (Declaratory Relief against Defendant Hard Lens Media)

25. Plaintiff incorporates by reference all the allegations of paragraphs 1 through 24, inclusive of this Complaint as though set forth herein in full.

26. A dispute exists between Plaintiff and Defendant Hard Lens Media, Inc. as to the rights, title, and interest in the copyrighted material described in paragraph 7 of this complaint.

27. As a consequence of this dispute between the parties as to the rights, title, and interest in the copyrighted material described above, and pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. 2201 and 2202, Plaintiff also seeks a resolution of this ongoing controversy by a

declaration of this Court as to the rights of the respective parties in this matter.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

### FIRST CLAIM FOR RELIEF:

A.      Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under common law and the Federal Copyright Act;

B.      Immediately and permanently enjoining Defendant, its officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing any of Plaintiff's copyrighted video programs without consent or otherwise infringing Plaintiff's copyrights or other rights in any manner and removing Plaintiff's copyrighted video programs from Defendant's Channels;

C.      Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by Defendant by its infringement of Plaintiff's copyrights or such damages as are proper, and since Defendant intentionally infringed Plaintiff's copyrights, for the maximum allowable statutory damages for each violation;

D.      Awarding Plaintiff actual and/or statutory damages for Defendant's copyright infringement in an amount to be determined at trial;

E.      Awarding Plaintiff its costs, reasonable attorney's fees, and disbursements in this action, pursuant to 17 U.S.C. 505; and:

F.      Awarding Plaintiff such other and further relief as is just and proper.

### SECOND CLAIM FOR RELIEF:

G.      For an accounting between Plaintiff and Defendant Hard Lens Media, Inc.;

H.    For the amount found to be due from Defendant to Plaintiff as a result of the accounting and interest on that amount from and after December, 2023;

I.    For attorney's fees and costs of suit herein incurred and;

J.    Awarding Plaintiff such other and further relief as is just and proper.

**THIRD CLAIM FOR RELIEF:**

K.    For a declaration by this Court as to the rights of the respective parties regarding the ownership and rights, title, and interest in the copyrighted material described in Paragraph 6 through 8 of this complaint;

L.    For attorney's fees and costs of suit herein incurred and;

M.    Awarding Plaintiff such other and further relief as is just and proper.

Dated: September 11, 2024    Respectfully Submitted By,    */s/ Catherine S. Hareas*
                                                           Attorney for Plaintiff

                                                           */s/ John M. O'Toole*
                                                           Attorney for Plaintiff

Catherine S. Hareas
Attorney No:         6199885
Address:             1517 West Jonquil Terrace -1F, Chicago, IL. 60626
Phone:               (872) 333-7443
E-Mail:              cathy.hareas@gmail.com

John M. O'Toole
Attorney No:         6199003
Address:             150 S. Wacker Drive, Suite 2400, Chicago, IL. 60606
Phone:               (312) 560-8981 / (872) 333-7443
FAX:                 (312)546-5123
E-Mail:              john@otoolelaw.net

STATE OF ILLINOIS )
        ) SS
COUNTY OF COOK )

## VERIFICATION

Under the penalties provided by law pursuant to Section 1-109 of the Code of Civil Procedure, 735 ILCS 5/1-109, the undersigned, Jerry Vasilatos, managing operator of Chicago Corner, LLC certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

*/s/ Jerry Vasilatos*
Jerry Vasilatos
On behalf of Chicago Corner, LLC
Plaintiff

- 12 -
CHICAGO CORNER, LLC v. HARD LENS MEDIA, INC.

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-452-603

**Effective Date of Registration:**
December 29, 2023
**Registration Decision Date:**
February 01, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Chicago Corner: Chicago #M4M4ALL March for Medicare for All Highlights |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | June 26, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Chicago Corner, LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Chicago Corner, LLC |
| | 6430 North Artesian #2, Chicago, IL, 60645, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Chicago Corner, LLC |
| **Name:** | Jerry A. Vasilatos |
| **Email:** | jerry@chicagocorner.tv |
| **Telephone:** | (323)309-7691 |
| **Address:** | 6430 North Artesian Avenue |
| | Chicago, IL 60645 United States |

## Certification

**GROUP EXHIBIT A**

**Name:** Jerry A. Vasilatos
**Date:** December 29, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-452-612

**Effective Date of Registration:**
December 29, 2023
**Registration Decision Date:**
February 01, 2024

---

## Title

**Title of Work:** Chicago Corner: 2023 Chicago Mayoral Race Petition Drop-Off Coverage

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 23, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Chicago Corner, LLC
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicago Corner, LLC
6430 North Artesian #2, Chicago, IL, 60645, United States

## Rights and Permissions

**Organization Name:** Chicago Corner, LLC
**Name:** Jerry A. Vasilatos
**Email:** jerry@chicagocorner.tv
**Telephone:** (323)309-7691
**Address:** 6430 North Artesian Avenue
Chicago, IL 60645 United States

## Certification

**Name:** Jerry A. Vasilatos
**Date:** December 29, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-452-604

**Effective Date of Registration:**
December 29, 2023
**Registration Decision Date:**
February 01, 2024

---

## Title

**Title of Work:** Chicago Corner: Happy Holidaze to Chicago from Mayor Lori Lightfoot!

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** December 25, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Chicago Corner, LLC
  **Author Created:** production, direction, script/screenplay, editing
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicago Corner, LLC
6430 North Artesian Avenue, Chicago, IL., 60645, United States

## Limitation of copyright claim

**Material excluded from this claim:** preexisting footage, preexisting music

**New material included in claim:** production as a motion picture

## Rights and Permissions

**Organization Name:** Chicago Corner, LLC
**Name:** Jerry A. Vasilatos
**Email:** jerry@chicagocoener.tv
**Telephone:** (323)309-7691
**Address:** 6430 North Artesian Avenue
Chicago, IL 60645 United States

## Certification

**Name:** Jerry A. Vasilatos
**Date:** December 29, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## PA 2-452-611

**Effective Date of Registration:**
December 30, 2023
**Registration Decision Date:**
February 01, 2024

---

## Title

**Title of Work:** Chicago Corner: Activists Rally Mayor for CHA Land, Ordinance Ends Subminimum Wage, Guest Joe Evans, Barbie & More

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** July 21, 2023
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Chicago Corner, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Chicago Corner, LLC
6430 North Artesian #2, Chicago, IL, 60645, United States

## Limitation of copyright claim

**Material excluded from this claim:** preexisting footage, preexisting music

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** Chicago Corner, LLC
**Name:** Jerry A. Vasilatos
**Email:** jerry@chicagocorner.tv
**Telephone:** (323)309-7691

Page 1 of 2

**Address:**   6430 North Artesian Avenue
Chicago, IL 60645 United States

## Certification

**Name:**   Jerry A. Vasilatos
**Date:**   December 29, 2023

**From:** **YouTube Copyright** youtube-disputes+2ap764tgsrux507@google.com  🚩
**Subject:** [R3IUKRK5OJE2EM64W2EEEKBZ34] YouTube Copyright Complaint Submission
**Date:** December 24, 2023 at 2:12 AM
**To:** jerry@chicagocorner.tv
**Cc:** jerry@nitestar.com



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Chicago Corner
- Your Full Legal Name (Aliases, usernames or initials not accepted): Jerry Vasilatos
- Your Title or Job Position (What is your authority to make this complaint?): Producer/Host
- Address:
  - 6430 N. Artesian Ave.
  - Chicago, IL 60645
  - US
- Username: Chicago Corner
- Email Address: jerry@chicagocorner.tv
- Secondary Email Address: jerry@nitestar.com
- Phone: (323) 309-7691

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=7gBAbMwVQCg
- Describe the work allegedly infringed: My video
  - Source of video: yvg8q3InIi8
  - Type of video: Live stream
  - Where does the content appear?
    The content appears in the targeted video from 1:08:17 to 1:13:39 :
    https://www.youtube.com/watch?v=7gBAbMwVQCg&t=4097
    It appears in your source video from 0:17:15 to 0:23:45 :
    https://www.youtube.com/watch?v=yvg8q3InIi8&t=1035

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Zz4J_wV5uF4
- Describe the work allegedly infringed: My video
  - Source of video: -1BccyEjY3Y
  - Type of video: Live stream
  - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right

**EXHIBIT B**

that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Jerry Vasilatos

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Dec 24, 2023 jerry@chicagocorner.tv wrote:

Video IDs: 7gBAbMwVQCg, Zz4J_wV5uF4

**From:** **YouTube Copyright** youtube-disputes+2ap764tgsrux507@google.com 🚩
**Subject:** [R3IUKRK5OJE2EM64W2EEEKBZ34] YouTube Copyright Complaint Submission
**Date:** December 25, 2023 at 4:29 AM
**To:** jerry@chicagocorner.tv
**Cc:** jerry@nitestar.com



Hi Chicago Corner,

Thank you for your removal request.

We've removed some of the videos in your notification. However, we need some more information from you before we can proceed with removing the remaining video(s). Please read the entire email carefully for a complete update of each video's status.

## Add video details

Action needed

We are concerned that your copyright notification may not be valid for the video(s) listed below. Please keep in mind that in many countries, it is legal to use copyrighted works in specific ways without the owner's authorization, particularly for transformative purposes such as news reporting, parody, commentary, or review.

Some countries protect such uses under doctrines of "fair use" or "fair dealing," while others allow for specific exceptions to copyright protection.

Learn more about fair use in the United States.

If you still believe your copyright is infringed by the YouTube video(s) identified below, please explain in detail why you think so. We ask that you provide more detail than was included in your initial notice. Here are questions you may wish to consider:

How much of your copyrighted work is used? How is the market for your original work affected by this use? Does this use significantly transform your original work, or does it serve the same purpose? Does this use fall into an exception to copyright protection? Please note that we may share your response with the uploader(s).

Videos in question:

https://www.youtube.com/watch?v=7gBAbMwVQCg

⬚ Video (Live stream)

Title of your video: Activists Rally Mayor for CHA Land, Ordinance Ends Subminimum Wage, Guest Joe Evans, Barbie & More

Content found in: 1:08:17 to 1:13:39

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=Zz4J_wV5uF4

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Chicago Corner
Your Full Legal Name (Aliases, usernames or initials not accepted): Jerry Vasilatos
Your Title or Job Position (What is your authority to make this complaint?): Producer/Host
Address:
6430 N. Artesian Ave.
Chicago, IL 60645
US

Username: Chicago Corner
Email Address: jerry@chicagocorner.tv
Secondary Email Address: jerry@nitestar.com
Phone: (323) 309-7691

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=7gBAbMwVQCg
Describe the work allegedly infringed: My video
- Title of video: Activists Rally Mayor for CHA Land, Ordinance Ends Subminimum Wage, Guest Joe Evans, Barbie & More
- Source of video: yvg8q3lnIi8
- Type of video: Live stream
- Where does the content appear?
  The content appears in the targeted video from 1:08:17 to 1:13:39 :
  https://www.youtube.com/watch?v=7gBAbMwVQCg&t=4097
  It appears in your source video from 0:17:15 to 0:23:45 :
  https://www.youtube.com/watch?v=yvg8q3lnIi8&t=1035

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=Zz4J_wV5uF4
Describe the work allegedly infringed: My video
- Title of video: 2023 Chicago Mayoral Race Petition Drop-Off Coverage
- Source of video: -1BccyEjY3Y
- Type of video: Live stream
- Where does the content appear? Entire video

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my

YouTube channel.

Authorized Signature: Jerry Vasilatos

**Help Center** · **Email Options**

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Dec 24, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Chicago Corner
- Your Full Legal Name (Aliases, usernames or initials not accepted): Jerry Vasilatos
- Your Title or Job Position (What is your authority to make this complaint?): Producer/Host
- Address:
    - 6430 N. Artesian Ave.
    - Chicago, IL 60645
    - US
- Username: Chicago Corner
- Email Address: jerry@chicagocorner.tv
- Secondary Email Address: jerry@nitestar.com
- Phone: (323) 309-7691

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=7gBAbMwVQCg
- Describe the work allegedly infringed: My video
    - Source of video: yvg8q3Inli8
    - Type of video: Live stream
    - Where does the content appear?
      The content appears in the targeted video from 1:08:17 to 1:13:39 : https://www.youtube.com/watch?v=7gBAbMwVQCg&t=4097
      It appears in your source video from 0:17:15 to 0:23:45 : https://www.youtube.com/watch?v=yvg8q3Inli8&t=1035

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Zz4J_wV5uF4
- Describe the work allegedly infringed: My video
    - Source of video: 1BaayFiY9X

- o Source of video: -TBccyEJY3Y
  - o Type of video: Live stream
  - o Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Jerry Vasilatos

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Dec 24, 2023 jerry@chicagocorner.tv wrote:

Video IDs: 7gBAbMwVQCg, Zz4J_wV5uF4

**From:** **YouTube Copyright** youtube-disputes+2ap764tgsrux507@google.com 🚩
**Subject:** [R3IUKRK5OJE2EM64W2EEEKBZ34] YouTube Copyright Complaint Submission
**Date:** December 26, 2023 at 2:33 AM
**To:** jerry@chicagocorner.tv
**Cc:** jerry@nitestar.com



Hi Chicago Corner,

Thank you for your response. We've reviewed it and provided updates below.

## Request declined

We remain concerned that your copyright notification isn't valid for some or all videos identified in your notification. As a result, the content will remain live on YouTube.

If you have concerns about harassment, your privacy, safety, or other abuse issues, please visit our Policy and Safety Hub to help you better understand your situation as well as where to report such content.

If appropriate, you may submit a complaint regarding other legal issues (including trademark and defamation).

**Videos in question:**

https://www.youtube.com/watch?v=7gBAbMwVQCg

⬚ Video (Live stream)

Title of your video: Activists Rally Mayor for CHA Land, Ordinance Ends Subminimum Wage, Guest Joe Evans, Barbie & More

Content found in: 1:08:17 to 1:13:39

To learn more about copyright, go to YouTube's Copyright Center. If you still think this copyright removal request is valid, you may appeal this decision. Learn more about your resolution options.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Chicago Corner
Your Full Legal Name (Aliases, usernames or initials not accepted): Jerry Vasilatos
Your Title or Job Position (What is your authority to make this complaint?): Producer/Host
Address:
6430 N. Artesian Ave.
Chicago, IL 60645
US
Username: Chicago Corner
Email Address: jerry@chicagocorner.tv
Secondary Email Address: jerry@nitestar.com
Phone: (323) 309-7691

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=7gBAbMwVQCg
Describe the work allegedly infringed: My video
- Title of video: Activists Rally Mayor for CHA Land, Ordinance Ends Subminimum Wage, Guest Joe Evans, Barbie & More
- Source of video: yvg8q3InIi8
- Type of video: Live stream
- Where does the content appear?
  The content appears in the targeted video from 1:08:17 to 1:13:39 :
  https://www.youtube.com/watch?v=7gBAbMwVQCg&t=4097
  It appears in your source video from 0:17:15 to 0:23:45 :
  https://www.youtube.com/watch?v=yvg8q3InIi8&t=1035

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=Zz4J_wV5uF4
Describe the work allegedly infringed: My video
- Title of video: 2023 Chicago Mayoral Race Petition Drop-Off Coverage
- Source of video: -1BccyEjY3Y
- Type of video: Live stream
- Where does the content appear? Entire video

○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- ○ This notification is accurate.
- ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- ○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Jerry Vasilatos

**Help Center** · **Email Options**

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Dec 25, 2023 javasilatos@gmail.com wrote:

Related.

Begin forwarded message:

**From:** YouTube <no-reply@youtube.com>
**Subject: Thanks for your report to YouTube**
**Date:** December 23, 2023 at 11:17:38 PM CST
**To:** nitestar-produc-0173@pages.plusgoogle.com
**Reply-To:** YouTube <no-reply@youtube.com>



Hello Nitestar Productions,

Thank you for your video report on December 23, 2023. We'll take a careful look at this content.

## What happens next

After our review, we may:
- Remove the content, if it violates our Community Guidelines
- Place restrictions on it, if it's not suitable for some audiences

- Place restrictions on it, if it's not suitable for some audiences
- Keep the content up, if it doesn't violate our Community Guidelines

CHECK REPORT STATUS

Report ID: fad8f887-1224-46f8-b9ab-0ec5d1ddb254.

## Staying safe on YouTube

We want you to feel safe when you're on YouTube. To avoid seeing certain content, you can also block comments or users. Explore resources about the policies and tools we have to help protect you on YouTube.

Thanks,
The YouTube team

Was this email helpful?

    

Help Center • Email options

You received this email because you recently reported content on YouTube.

If you do not want to receive these emails in the future, please unsubscribe here.

 YouTube

© 2023 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** **YouTube Copyright** youtube-disputes+33ugssthbyunr07@google.com 🚩
**Subject:** [3O4K6SMZF3HSHM3MZJZHB6MN7U] YouTube Copyright Complaint Submission
**Date:** December 24, 2023 at 6:06 PM
**To:** jerry@chicagocorner.tv
**Cc:** jerry@nitestar.com



Hi Chicago Corner,

Thank you for your removal request. We've reviewed it and provided updates below.

> ## Request resolved
>
> The content listed below has been removed.
>
> **Videos in question:**
>
> https://www.youtube.com/watch?v=347K2m5U_Qc
>
> https://www.youtube.com/watch?v=Ec1mzbdSNWU
>
> https://www.youtube.com/watch?v=VBqTHTzMtJo
>
> https://www.youtube.com/watch?v=ZZR8TGPIB7I
>
> https://www.youtube.com/watch?v=vTDNCfXE3jw
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Chicago Corner

Your Full Legal Name (Aliases, usernames or initials not accepted): Jerry Vasilatos

Your Title or Job Position (What is your authority to make this complaint?): Producer/IP Creator

Address:

6430 N. Artesian Ave.

Chicago, IL 60645

US

Username: Chicago Corner

Email Address: jerry@chicagocorner.tv

Secondary Email Address: jerry@nitestar.com

Phone: (323) 309-7691

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=347K2m5U_Qc

Describe the work allegedly infringed: My video

- Title of video: Happy Holidaze to Chicago from Mayor Lori Lightfoot!
- Source of video: lnVLQEUPzSs
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 1:47:50 to 1:51:22 :
  https://www.youtube.com/watch?v=347K2m5U_Qc&t=6470
  It appears in your source video from 0:00:01 to 0:03:33 :
  https://www.youtube.com/watch?v=lnVLQEUPzSs&t=1

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=Ec1mzbdSNWU

Describe the work allegedly infringed: My video

- Title of video: Happy Holidaze to Chicago from Mayor Lori Lightfoot!
- Source of video: lnVLQEUPzSs
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 1:28:46 to 1:32:14 :
  https://www.youtube.com/watch?v=Ec1mzbdSNWU&t=5326
  It appears in your source video from 0:00:03 to 0:03:31 :
  https://www.youtube.com/watch?v=lnVLQEUPzSs&t=3

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=VBqTHTzMtJo
Describe the work allegedly infringed: My video

- Title of video: Happy Holidaze to Chicago from Mayor Lori Lightfoot!
- Source of video: lnVLQEUPzSs
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 1:36:31 to 1:40:07 :
  https://www.youtube.com/watch?v=VBqTHTzMtJo&t=5791
  It appears in your source video from 0:00:01 to 0:03:37 :
  https://www.youtube.com/watch?v=lnVLQEUPzSs&t=1

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=ZZR8TGPIB7I
Describe the work allegedly infringed: My video

- Title of video: Happy Holidaze to Chicago from Mayor Lori Lightfoot!
- Source of video: lnVLQEUPzSs
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 1:40:25 to 1:43:48 :
  https://www.youtube.com/watch?v=ZZR8TGPIB7I&t=6025
  It appears in your source video from 0:00:10 to 0:03:32 :
  https://www.youtube.com/watch?v=lnVLQEUPzSs&t=10

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=vTDNCfXE3jw
Describe the work allegedly infringed: My video

- Title of video: Happy Holidaze to Chicago from Mayor Lori Lightfoot!
- Source of video: lnVLQEUPzSs
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 1:17:17 to 1:20:51 :
  https://www.youtube.com/watch?v=vTDNCfXE3jw&t=4637
  It appears in your source video from 0:00:00 to 0:03:34 :
  https://www.youtube.com/watch?v=lnVLQEUPzSs&t=0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Jerry Vasilatos

**Help Center · Email Options**

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Dec 24, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Chicago Corner
- Your Full Legal Name (Aliases, usernames or initials not accepted): Jerry Vasilatos
- Your Title or Job Position (What is your authority to make this complaint?): Producer/IP Creator
- Address:

- - 6430 N. Artesian Ave.
  - Chicago, IL 60645
  - US
- Username: Chicago Corner
- Email Address: jerry@chicagocorner.tv
- Secondary Email Address: jerry@nitestar.com
- Phone: (323) 309-7691

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=347K2m5U_Qc
- Describe the work allegedly infringed: My video
  - Source of video: lnVLQEUPzSs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 1:47:50 to 1:51:22 :
    https://www.youtube.com/watch?v=347K2m5U_Qc&t=6470
    It appears in your source video from 0:00:01 to 0:03:33 :
    https://www.youtube.com/watch?v=lnVLQEUPzSs&t=1

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Ec1mzbdSNWU
- Describe the work allegedly infringed: My video
  - Source of video: lnVLQEUPzSs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 1:28:46 to 1:32:14 :
    https://www.youtube.com/watch?v=Ec1mzbdSNWU&t=5326
    It appears in your source video from 0:00:03 to 0:03:31 :
    https://www.youtube.com/watch?v=lnVLQEUPzSs&t=3

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=VBqTHTzMtJo
- Describe the work allegedly infringed: My video
  - Source of video: lnVLQEUPzSs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 1:36:31 to 1:40:07 :
    https://www.youtube.com/watch?v=VBqTHTzMtJo&t=5791
    It appears in your source video from 0:00:01 to 0:03:37 :
    https://www.youtube.com/watch?v=lnVLQEUPzSs&t=1

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ZZR8TGPIB7I
- Describe the work allegedly infringed: My video
  - Source of video: lnVLQEUPzSs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 1:40:25 to 1:43:48 :
    https://www.youtube.com/watch?v=ZZR8TGPIB7I&t=6025
    It appears in your source video from 0:00:10 to 0:03:32 :
    https://www.youtube.com/watch?v=lnVLQEUPzSs&t=10

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=vTDNCfXE3jw
- Describe the work allegedly infringed: My video
  - Source of video: lnVLQEUPzSs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 1:17:17 to 1:20:51 :
    https://www.youtube.com/watch?v=vTDNCfXE3jw&t=4637
    It appears in your source video from 0:00:00 to 0:03:34 :
    https://www.youtube.com/watch?v=lnVLQEUPzSs&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Jerry Vasilatos

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Dec 24, 2023 jerry@chicagocorner.tv wrote:

Video IDs: 347K2m5U_Qc, Ec1mzbdSNWU, VBqTHTzMtJo, ZZR8TGPIB7I, vTDNCfXE3jw

**From: YouTube Copyright** youtube-disputes+2hcc3ae14k11b0h@google.com 🚩
**Subject:** Re: [7CLO3XKS6CGL7NXOTXPQOKI6UI] New Copyright Counter Notification
**Date:** December 27, 2023 at 6:07 PM
**To:** jerry@chicagocorner.tv



We received a counter notification (below) in response to a [copyright removal request](#) that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our [Help Center](#).

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=347K2m5U_Qc

Display name of uploader: Hard Lens Media

Hello, Hard Lens Media is an independent news and commentary network. We have received notification that this video has been accused of violating copyright. These accusations are false, as our use of these clips constitutes fair use. Additionally, the person claiming copyright infringement is a former collaborator with our channel with whom we were on friendly terms. We featured these clips on our channel in order to promote his channel - he was well aware of this at the time and welcomed the promotion. Since then, the relationship has soured, and he is now attempting to destroy our channel out of spite and malice. Per Factor 1: My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work. Per Factor 2: The clips are non-fiction. Per Factor 4. My use did not harm the holder's ability to profit. Rather, the purpose and effect of my use was to help the holder (Jerry) profit. This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kit Cabello

Kit Cabello
3635 South Winchester
Chicago, Illinois 60609
United States

kit@hardlensmedia.com

kit@kardonmedia.com

(312) 285-5364

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

From: **YouTube Copyright** youtube-disputes+1d7uu3wzyeq0s0h@google.com 🚩
Subject: Re: [JWT3DE7S3QOJTZ2FPYGPXDSIR4] New Copyright Counter Notification
Date: December 27, 2023 at 6:10 PM
To: jerry@chicagocorner.tv



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=Ec1mzbdSNWU

Display name of uploader: Hard Lens Media

Hello, Hard Lens Media is an independent news and commentary network. We have received notification that this video has been accused of violating copyright. These accusations are false, as our use of these clips constitutes fair use. Additionally, the person claiming copyright infringement is a former collaborator with our channel with whom we were on friendly terms. We featured these clips on our channel in order to promote his channel - he was well aware of this at the time and welcomed the promotion. Since then, the relationship has soured, and he is now attempting to destroy our channel out of spite and malice. Per Factor 1: My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work. Per Factor 2: The clips are non-fiction. Per Factor 4. My use did not harm the holder's ability to profit. Rather, the purpose and effect of my use was to help the holder (Jerry) profit. This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kit Cabello

Kit Cabello
3635 South Winchester
Chicago, Illinois 60609
United States

kit@hardlensmedia.com

kit@hardrockmedia.com

(312) 285-5364

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** **YouTube Copyright** youtube-disputes+3hmyw1q2w6mc20h@google.com 🚩
**Subject:** Re: [3W6IA2SB2GW45NYLZK2PQXJLUY] New Copyright Counter Notification
**Date:** December 27, 2023 at 6:10 PM
**To:** jerry@chicagocorner.tv



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=VBqTHTzMtJo

Display name of uploader: Hard Lens Media

Hello, Hard Lens Media is an independent news and commentary network. We have received notification that this video has been accused of violating copyright. These accusations are false, as our use of these clips constitutes fair use. Additionally, the person claiming copyright infringement is a former collaborator with our channel with whom we were on friendly terms. We featured these clips on our channel in order to promote his channel - he was well aware of this at the time and welcomed the promotion. Since then, the relationship has soured, and he is now attempting to destroy our channel out of spite and malice. Per Factor 1: My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work. Per Factor 2: The clips are non-fiction. Per Factor 4. My use did not harm the holder's ability to profit. Rather, the purpose and effect of my use was to help the holder (Jerry) profit. This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kit Cabello

Kit Cabello
3635 South Winchester
Chicago, Illinois 60609
United States

kit@hardlensmedia.com

kit@kardashmedia.com

(312) 285-5364

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** **YouTube Copyright** youtube-disputes+3nwuzchskkzv50h@google.com 🚩
**Subject:** Re: [AMIVE4PWZKSMMDCHFXG7GIVX3M] New Copyright Counter Notification
**Date:** December 27, 2023 at 6:09 PM
**To:** jerry@chicagocorner.tv



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=ZZR8TGPIB7I

Display name of uploader: Hard Lens Media

Hello, Hard Lens Media is an independent news and commentary network. We have received notification that this video has been accused of violating copyright. These accusations are false, as our use of these clips constitutes fair use. Additionally, the person claiming copyright infringement is a former collaborator with our channel with whom we were on friendly terms. We featured these clips on our channel in order to promote his channel - he was well aware of this at the time and welcomed the promotion. Since then, the relationship has soured, and he is now attempting to destroy our channel out of spite and malice. Per Factor 1: My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work. Per Factor 2: The clips are non-fiction. Per Factor 4. My use did not harm the holder's ability to profit. Rather, the purpose and effect of my use was to help the holder (Jerry) profit. This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kit Cabello

Kit Cabello
3635 South Winchester
Chicago, Illinois 60609
United States

kit@hardlensmedia.com

kit@kardashmedia.com

(312) 285-5364

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** **YouTube Copyright** youtube-disputes+33e6g4qi5wdeu0h@google.com 🚩
**Subject:** Re: [TGGVHUNC4UNTUCM6XRI4PEYYSY] New Copyright Counter Notification
**Date:** December 27, 2023 at 6:10 PM
**To:** jerry@chicagocorner.tv

▶ YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=vTDNCfXE3jw

Display name of uploader: Hard Lens Media

Hello, Hard Lens Media is an independent news and commentary network. We have received notification that this video has been accused of violating copyright. These accusations are false, as our use of these clips constitutes fair use. Additionally, the person claiming copyright infringement is a former collaborator with our channel with whom we were on friendly terms. We featured these clips on our channel in order to promote his channel - he was well aware of this at the time and welcomed the promotion. Since then, the relationship has soured, and he is now attempting to destroy our channel out of spite and malice. Per Factor 1: My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work. Per Factor 2: The clips are non-fiction. Per Factor 4. My use did not harm the holder's ability to profit. Rather, the purpose and effect of my use was to help the holder (Jerry) profit. This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kit Cabello

Kit Cabello
3635 South Winchester
Chicago, Illinois 60609
United States

kit@hardlensmedia.com

(312) 285-5364

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** **YouTube Copyright** youtube-disputes+1ubnl1hm6z6js0h@google.com  🚩
**Subject:** Re: [E7DGRWLFXMVZIILZG2LBPIND5Y] New Copyright Counter Notification
**Date:** December 27, 2023 at 6:08 PM
**To:** jerry@chicagocorner.tv



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=G22H8KY4uik

Display name of uploader: Hard Lens Media

Hello, Hard Lens Media is an independent news and commentary network. We have received notification that this video has been accused of violating copyright. These accusations are false, as our use of these clips constitutes fair use. Additionally, the person claiming copyright infringement is a former collaborator with our channel with whom we were on friendly terms. We featured these clips on our channel in order to promote his channel - he was well aware of this at the time and welcomed the promotion. Since then, the relationship has soured, and he is now attempting to destroy our channel out of spite and malice. Per Factor 1: My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work. Per Factor 2: The clips are non-fiction. Per Factor 4. My use did not harm the holder's ability to profit. Rather, the purpose and effect of my use was to help the holder (Jerry) profit. This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kit Cabello

Kit Cabello
3635 South Winchester
Chicago , Illinois 60609
United States

kit@hardlensmedia.com

kit@kardashmedia.com

(312) 285-5364

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** **YouTube Copyright** youtube-disputes+2ik2oqe6bwcvq0h@google.com 🚩
**Subject:** Re: [B6F5KTYRSM7AWOVEZSJUFDUXNM] New Copyright Counter Notification
**Date:** December 26, 2023 at 11:33 PM
**To:** jerry@chicagocorner.tv



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=MkW9ow290t4

Display name of uploader: Hard Lens Media

Hello, Hard Lens Media is an independent news and commentary network. We have received notification that this video has been accused of violating copyright. These accusations are false, as our use of these clips constitutes fair use. Additionally, the person claiming copyright infringement is a former collaborator with our channel with whom we were on friendly terms. We featured these clips on our channel in order to promote his channel - he was well aware of this at the time and welcomed the promotion. Since then, the relationship has soured, and he is now attempting to destroy our channel out of spite and malice. Even after the clip in which we are hit, we acknowledge the other channel and for people to go see them and check them out. The Person complaints lack merit including because the videos at issue are fair use. Per Factor 1 My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel & get more viewers. The clips were contrary to my commercial interest. Per Factor 2 The clips are non-fiction. Per Factor 3 regarding this strike, I only used a few minutes of a longer video. Per Factor 4. My use did not harm the holder's ability to profit. The purpose and effect of my use was to help the holder (Jerry) profit. This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kit Cabello

Kit Cabello
3635 South Winchester
Chicago, Illinois 60609

Chicago, Illinois 60609
United States

kit@hardlensmedia.com

(312) 285-5364

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From: Jerry Vasilatos** jerry@chicagocorner.tv  📎
**Subject:** Re: [7CLO3XKS6CGL7NXOTXPQOKI6UI] New Copyright Counter Notification
**Date:** December 31, 2023 at 3:36 PM
**To:** YouTube Copyright youtube-disputes+2hcc3ae14k11b0h@google.com
**Cc:** Jerry Vasilatos jerry@chicagocorner.tv
**Bcc:** Cathy Hareas cathy.hareas@gmail.com

In response to the counter-notification from Hard Lens Media, Chicago Corner LLC is completely within its rights to request that this video be removed, as Chicago Corner LLC is the copyright holder of the original video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!". This is evident by the following claims regarding the facts and intellectual property rights:

In March of 2023, Hard Lens Media sold Chicago Corner, including all previously produced video assets, to the newly formed worker owned co-op, Chicago Corner LLC, of which we are including our State of Illinois Articles of Organization (Attachment A). The Chicago Corner LLC logo is also a registered word-mark conceived, designed and owned by the co-op's operating manager, Jerry Vasilatos. A registration notice of that asset from the USPTO is also attached with this response (Attachment B).

The usage of this clip is not transformative in any way whatsoever and is therefore not "fair use". It is played in its entirety in the original Hard Lens Media broadcast without the original content creators permission, violating Chicago Corner LLC's exclusive I.P. rights as copyright holders and also violating exclusive rights of our registered USPTO word-mark branding rights as well.

Per Respondent's Factor 1: "My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work."

Claims that Hard Lens Media was promoting Chicago Corner, meant they were promoting themselves and their company at that time. This video is now copyrighted by Chicago Corner LLC, and at no time was permission granted subsequent to the purchase of the Chicago Corner assets from Hard Lens Media for them to retain this video on their channel.

Per Respondent's Factor 2: "The clips are non-fiction"

This video is not "non-fiction. It is a wholly original parody video, produced by Chicago Corner LLC partners Jerry Vasilatos and Edward Heller. Edward Heller scripted and recorded the voiceover and Jerry Vasilatos edited the video for the Chicago Corner Channel, hence the registered word-mark branding in the video. Hard Lens Media has retained this video in their broadcasts without permission. In fact, the instances of these videos being used by Hard Lens Media, only came to our attention because off Youtube's copyright matching tool, of which we only recently discovered usage of the video while we were filing a claim against another video Hard Lens Media claims used our material as "Fair Use" [R3IUKRK5OJE2EM64W2EEEKBZ34].

Per Respondent's Factor 3: "regarding this strike, I only used a few minutes of a longer video"

This is completely untrue. Hard Lens Media shared this video, in its entirety. This video is now copyrighted by Chicago Corner LLC, and at no time was permission granted subsequent to the purchase of the Chicago Corner assets from Hard Lens Media for them to retain this video on their channel.

Per Respondent's Factor 4: "My use did not harm the holder's ability to profit. The purpose and effect of my use was to help the holder (Jerry) profit."

Hard Lens Media did not help any of the 3 unpaid principals of Chicago Corner "profit" from the usage of the copyrighted content Chicago Corner LLC owns. In every instance of Hard Lens Media using Chicago Corner channel content, now wholly owned by Chicago Corner LLC, it was to poach material for the livestreams they monetized, without any stream of revenue then or now to members of the Chicago Corner LLC who are now the copyright owners of the material claimed.

To Hard Lens Media's wrap-up:

"This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube."

As Chicago Corner LLC is the copyright owner of the material claimed, Hard Lens Media has not proven these accusations are "false" nor the result of an "embittered former collaborator" trying to "destroy" their business. In point of fact, Hard Lens Media has been regularly broadcasting and running their business on their "backup" Youtube channel "HLM" since we originally filed our claim at the URL: https://www.youtube.com/@HLMV2.

As evidenced in their program of December 28th, 2023:

https://www.youtube.com/watch?v=g0GZsMYCq7E

They also continue to broadcast live on Rokfin, Rumble, Odysee and Kick:

https://rokfin.com/hardlensmedia

https://rumble.com/c/HardLensMedia

https://odysee.com/@HardLensMedia:9

https://kick.com/hardlensmedia

As Chicago Corner LLC is the rightful copyright owner of this video, and in light of another video Hard Lens Media posted, using copyrighted material [R3IUKRK5OJE2EM64W2EEEKBZ34], that was also reported for copyright infringement, harassment, cyberbullying, trademark infringement, misinformation and a violation of privacy, which Youtube has NOT struck per Hard Lens Media's claim of "fair use", we are under no obligation to grant Hard Lens Media any authorization for having posted this video in its entirety, on its channel, with our registered word-mark, without permission after we purchased and now own these copyrighted assets.

Our attorney reached out to the owners of Hard Lens Media on December 23rd via voicemail, text messaging and email, requesting they respond or in lieu of a response, to direct her to their attorney or attorneys to address these and other issues. In one instance, she was hung up on after identifying herself as our legal representative, and they have further not responded to any of those requests.

As requested, we are attaching evidence of our filing with the United State Copyright Claims Board that we are taking legal action against Hard lens Media, Inc.

https://dockets.ccb.gov/case/detail/23-CCB-0418

Service Request #: 1-13349470848



Filing receipt –
eCCB.pdf

We once again request that Youtube recognize the rights of Chicago Corner LLC under US Copyright Law Title 17 and USPTO Statute § 32 as the exclusive rights holders of our copyrighted videos from Hard Lens Media that they have kept on their channel without our permission or authorization. That Hard Lens Media insists on claiming "fair use" in light of the fact they used the video in its entirety without transforming it and while keeping all monetization from their use to themselves, this is in complete violation of the spirit of what "fair use" is actually about as it relates to owner rights under US Copyright Law Title 17 / Copyright Infringement and Remedies (Sections 501-513) and USPTO Statute § 32 (15 U.S.C. § 1114) as use of our trademark in these videos is unauthorized as well.

Additionally, we urge your team to not only recognize our claim, but also review our previous claim filed against the video [R3IUKRK5OJE2EM64W2EEEKBZ34] that was also reported for copyright infringement, harassment, cyberbullying, trademark infringement, misinformation and violation of privacy. It also diminishes and damages the Chicago Corner LLC brand by use of our logo in the thumbnail and video content. We have filed a complaint for the unauthorized usage of our word-mark, used as a thumbnail for the other video Youtube has not removed, and are also attaching a screen-grab of that video thumbnail violating our registered word-mark and image from the Chicago Corner merch store (Attachment C). We are still awaiting Youtube's response in that matter. "Fair use" does not apply to advancing a false narrative to misinform, harass, cyberbully, violate privacy, damage a copyright holder's I.P., or slander us using our own copyrighted material.

Jerry Vasilatos

(323) 309-7691
jerry@chicagocorner.tv



Chicago Corner LLC, an Illinois Registered Worker Owned Co-Op.

| Form **LLC-5.5** | Illinois<br>**Limited Liability Company Act**<br>**Articles of Organization** | FILE # 13016852 |
|---|---|---|
| Secretary of State Alexi Giannoulias<br>Department of Business Services Limited<br>Liability Division<br>www.ilsos.gov | Filing Fee: $150<br><br>Approved By: __KKM__ | FILED<br><br>MAR 23 2023<br><br>Alexi Giannoulias<br>Secretary of State |

1.  Limited Liability Company Name: CHICAGO CORNER LLC

2.  Address of Principal Place of Business where records of the company will be kept:
    6430 NORTH ARTESIAN AVENUE

CHICAGO, IL 60645

3. The Limited Liability Company has one or more members on the filing date.

4. Registered Agent's Name and Registered Office Address:

JERRY VASILATOS
6430 N ARTESIAN AVE APT 2
CHICAGO, IL 60645-5191

5. Purpose for which the Limited Liability Company is organized:
"The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act."

6. The LLC is to have perpetual existence.

7. Name and business addresses of all the managers and any member having the authority of manager:

VASILATOS, JERRY A.
6430 N ARTESIAN AVE
CHICAGO, IL 60645

HELLER, EDWARD
3648 N CALIFORNIA AVE
CHICAGO, IL 60618

8. **Name and Address of Organizer**
I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge and belief, true, correct and complete.

Dated: MARCH 23, 2023          JERRY VASILATOS
                               6430 N ARTESIAN AVE
                               CHICAGO, IL 60645

This document was generated electronically at www.ilsos.gov



Attachment
B.pdf





On Dec 27, 2023, at 6:07 PM, YouTube Copyright <youtube-disputes+2hcc3ae14k11b0h@google.com> wrote:



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=347K2m5U_Qc

Display name of uploader: Hard Lens Media

Hello, Hard Lens Media is an independent news and commentary network. We have received notification that this video has been accused of violating copyright. These accusations are false, as our use of these clips constitutes fair use. Additionally, the person claiming copyright infringement is a former collaborator with our channel with whom we were on friendly terms. We featured these clips on our channel in order to promote his channel - he was well aware of this at the time and welcomed the promotion. Since then, the relationship has soured, and he is now attempting to destroy our channel out of spite and malice. Per Factor 1: My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work. Per Factor 2: The clips are non-fiction. Per Factor 4. My use did not harm the holder's ability to profit. Rather, the purpose and effect of my use was to help the holder (Jerry) profit. This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kit Cabello

Kit Cabello
3635 South Winchester
Chicago, Illinois 60609
United States

kit@hardlensmedia.com

(312) 285-5364

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** **Jerry Vasilatos** jerry@chicagocorner.tv  📎
**Subject:** Re: [JWT3DE7S3QOJTZ2FPYGPXDSIR4] New Copyright Counter Notification
**Date:** December 31, 2023 at 3:37 PM
**To:** YouTube Copyright youtube-disputes+1d7uu3wzyeq0s0h@google.com
**Cc:** Jerry Vasilatos jerry@chicagocorner.tv
**Bcc:** Cathy Hareas cathy.hareas@gmail.com

In response to the counter-notification from Hard Lens Media, Chicago Corner LLC is completely within its rights to request that this video be removed, as Chicago Corner LLC is the copyright holder of the original video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!". This is evident by the following claims regarding the facts and intellectual property rights:

In March of 2023, Hard Lens Media sold Chicago Corner, including all previously produced video assets, to the newly formed worker owned co-op, Chicago Corner LLC, of which we are including our State of Illinois Articles of Organization (Attachment A). The Chicago Corner LLC logo is also a registered word-mark conceived, designed and owned by the co-op's operating manager, Jerry Vasilatos. A registration notice of that asset from the USPTO is also attached with this response (Attachment B).

The usage of this clip is not transformative in any way whatsoever and is therefore not "fair use". It is played in its entirety in the original Hard Lens Media broadcast without the original content creators permission, violating Chicago Corner LLC's exclusive I.P. rights as copyright holders and also violating exclusive rights of our registered USPTO word-mark branding rights as well.

Per Respondent's Factor 1: "My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work."

Claims that Hard Lens Media was promoting Chicago Corner, meant they were promoting themselves and their company at that time. This video is now copyrighted by Chicago Corner LLC, and at no time was permission granted subsequent to the purchase of the Chicago Corner assets from Hard Lens Media for them to retain this video on their channel.

Per Respondent's Factor 2: "The clips are non-fiction"

This video is not "non-fiction. It is a wholly original parody video, produced by Chicago Corner LLC partners Jerry Vasilatos and Edward Heller. Edward Heller scripted and recorded the voiceover and Jerry Vasilatos edited the video for the Chicago Corner Channel, hence the registered word-mark branding in the video. Hard Lens Media has retained this video in their broadcasts without permission. In fact, the instances of these videos being used by Hard Lens Media, only came to our attention because off Youtube's copyright matching tool, of which we only recently discovered usage of the video while we were filing a claim against another video Hard Lens Media claims used our material as "Fair Use" [R3IUKRK5OJE2EM64W2EEEKBZ34].

Per Respondent's Factor 3: "regarding this strike, I only used a few minutes of a longer video"

This is completely untrue. Hard Lens Media shared this video, in its entirety. This video is now copyrighted by Chicago Corner LLC, and at no time was permission granted subsequent to the purchase of the Chicago Corner assets from Hard Lens Media for them to retain this video on their channel.

Per Respondent's Factor 4: "My use did not harm the holder's ability to profit. The purpose and effect of my use was to help the holder (Jerry) profit."

Hard Lens Media did not help any of the 3 unpaid principals of Chicago Corner "profit" from the usage of the copyrighted content Chicago Corner LLC owns. In every instance of Hard Lens Media using Chicago Corner channel content, now wholly owned by Chicago Corner LLC, it was to poach material for the livestreams they monetized, without any stream of revenue then or now to members of the Chicago Corner LLC who are now the copyright owners of the material claimed.

To Hard Lens Media's wrap-up:

"This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube."

As Chicago Corner LLC is the copyright owner of the material claimed, Hard Lens Media has not proven these accusations are "false" nor the result of an "embittered former collaborator" trying to "destroy" their business. In point of fact, Hard Lens Media has been regularly broadcasting and running their business on their "backup" Youtube channel "HLM" since we originally filed our claim at the URL: https://www.youtube.com/@HLMV2.

As evidenced in their program of December 28th, 2023:

https://www.youtube.com/watch?v=g0GZsMYCq7E

They also continue to broadcast live on Rokfin, Rumble, Odysee and Kick:

https://rokfin.com/hardlensmedia

https://rumble.com/c/HardLensMedia

https://odysee.com/@HardLensMedia:9

https://kick.com/hardlensmedia

As Chicago Corner LLC is the rightful copyright owner of this video, and in light of another video Hard Lens Media posted, using copyrighted material [R3IUKRK5OJE2EM64W2EEEKBZ34], that was also reported for copyright infringement, harassment, cyberbullying, trademark infringement, misinformation and a violation of privacy, which Youtube has NOT struck per Hard Lens Media's claim of "fair use", we are under no obligation to grant Hard Lens Media any authorization for having posted this video in its entirety, on its channel, with our registered word-mark, without permission after we purchased and now own these copyrighted assets.

Our attorney reached out to the owners of Hard Lens Media on December 23rd via voicemail, text messaging and email, requesting they respond or in lieu of a response, to direct her to their attorney or attorneys to address these and other issues. In one instance, she was hung up on after identifying herself as our legal representative, and they have further not responded to any of those requests.

As requested, we are attaching evidence of our filing with the United State Copyright Claims Board that we are taking legal action against Hard lens Media, Inc.

https://dockets.ccb.gov/case/detail/23-CCB-0418

Service Request #: 1-13349470848



Filing receipt –
eCCB.pdf

We once again request that Youtube recognize the rights of Chicago Corner LLC under US Copyright Law Title 17 and USPTO Statute § 32 as the exclusive rights holders of our copyrighted videos from Hard Lens Media that they have kept on their channel without our permission or authorization. That Hard Lens Media insists on claiming "fair use" in light of the fact they used the video in its entirety without transforming it and while keeping all monetization from their use to themselves, this is in complete violation of the spirit of what "fair use" is actually about as it relates to owner rights under US Copyright Law Title 17 / Copyright Infringement and Remedies (Sections 501-513) and USPTO Statute § 32 (15 U.S.C. § 1114) as use of our trademark in these videos is unauthorized as well.

Additionally, we urge your team to not only recognize our claim, but also review our previous claim filed against the video [R3IUKRK5OJE2EM64W2EEEKBZ34] that was also reported for copyright infringement, harassment, cyberbullying, trademark infringement, misinformation and violation of privacy. It also diminishes and damages the Chicago Corner LLC brand by use of our logo in the thumbnail and video content. We have filed a complaint for the unauthorized usage of our word-mark, used as a thumbnail for the other video Youtube has not removed, and are also attaching a screen-grab of that video thumbnail violating our registered word-mark and image from the Chicago Corner merch store (Attachment C). We are still awaiting Youtube's response in that matter. "Fair use" does not apply to advancing a false narrative to misinform, harass, cyberbully, violate privacy, damage a copyright holder's I.P., or slander us using our own copyrighted material.

Jerry Vasilatos

(323) 309-7691
jerry@chicagocorner.tv



Chicago Corner LLC, an Illinois Registered Worker Owned Co-Op.

| Form **LLC-5.5** | Illinois<br>Limited Liability Company Act<br>Articles of Organization | FILE # 13016852 |
| --- | --- | --- |
| Secretary of State Alexi Giannoulias<br>Department of Business Services Limited<br>Liability Division<br>www.ilsos.gov | Filing Fee: $150<br><br>Approved By: KKM | FILED<br>MAR 23 2023<br>Alexi Giannoulias<br>Secretary of State |

1. Limited Liability Company Name: CHICAGO CORNER LLC

2. Address of Principal Place of Business where records of the company will be kept:
   6430 NORTH ARTESIAN AVENUE

CHICAGO, IL 60645

3.  The Limited Liability Company has one or more members on the filing date.

4.  Registered Agent's Name and Registered Office Address:

    JERRY VASILATOS
    6430 N ARTESIAN AVE APT 2
    CHICAGO, IL 60645-5191

5.  Purpose for which the Limited Liability Company is organized:
    "The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act."

6.  The LLC is to have perpetual existence.

7.  Name and business addresses of all the managers and any member having the authority of manager:

    VASILATOS, JERRY A.
    6430 N ARTESIAN AVE
    CHICAGO, IL 60645

    HELLER, EDWARD
    3648 N CALIFORNIA AVE
    CHICAGO, IL 60618

8.  **Name and Address of Organizer**
    I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge and belief, true, correct and complete.

    Dated: MARCH 23, 2023          JERRY VASILATOS
                                   6430 N ARTESIAN AVE
                                   CHICAGO, IL 60645

    This document was generated electronically at www.ilsos.gov



Attachment
B.pdf





On Dec 27, 2023, at 6:10 PM, YouTube Copyright <youtube-disputes+1d7uu3wzyeq0s0h@google.com> wrote:



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=Ec1mzbdSNWU

Display name of uploader: Hard Lens Media

Hello, Hard Lens Media is an independent news and commentary network. We have received notification that this video has been accused of violating copyright. These accusations are false, as our use of these clips constitutes fair use. Additionally, the person claiming copyright infringement is a former collaborator with our channel with whom we were on friendly terms. We featured these clips on our channel in order to promote his channel - he was well aware of this at the time and welcomed the promotion. Since then, the relationship has soured, and he is now attempting to destroy our channel out of spite and malice. Per Factor 1: My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work. Per Factor 2: The clips are non-fiction. Per Factor 4. My use did not harm the holder's ability to profit. Rather, the purpose and effect of my use was to help the holder (Jerry) profit. This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kit Cabello

Kit Cabello
3635 South Winchester
Chicago, Illinois 60609
United States

kit@hardlensmedia.com

(312) 285-5364

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** **Jerry Vasilatos** jerry@chicagocorner.tv  📎
**Subject:** Re: [3W6IA2SB2GW45NYLZK2PQXJLUY] New Copyright Counter Notification
**Date:** December 31, 2023 at 3:37 PM
**To:** YouTube Copyright youtube-disputes+3hmyw1q2w6mc20h@google.com
**Cc:** Jerry Vasilatos jerry@chicagocorner.tv
**Bcc:** Cathy Hareas cathy.hareas@gmail.com

---

In response to the counter-notification from Hard Lens Media, Chicago Corner LLC is completely within its rights to request that this video be removed, as Chicago Corner LLC is the copyright holder of the original video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!". This is evident by the following claims regarding the facts and intellectual property rights:

In March of 2023, Hard Lens Media sold Chicago Corner, including all previously produced video assets, to the newly formed worker owned co-op, Chicago Corner LLC, of which we are including our State of Illinois Articles of Organization (Attachment A). The Chicago Corner LLC logo is also a registered word-mark conceived, designed and owned by the co-op's operating manager, Jerry Vasilatos. A registration notice of that asset from the USPTO is also attached with this response (Attachment B).

The usage of this clip is not transformative in any way whatsoever and is therefore not "fair use". It is played in its entirety in the original Hard Lens Media broadcast without the original content creators permission, violating Chicago Corner LLC's exclusive I.P. rights as copyright holders and also violating exclusive rights of our registered USPTO word-mark branding rights as well.

Per Respondent's Factor 1: "My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work."

Claims that Hard Lens Media was promoting Chicago Corner, meant they were promoting themselves and their company at that time. This video is now copyrighted by Chicago Corner LLC, and at no time was permission granted subsequent to the purchase of the Chicago Corner assets from Hard Lens Media for them to retain this video on their channel.

Per Respondent's Factor 2: "The clips are non-fiction"

This video is not "non-fiction. It is a wholly original parody video, produced by Chicago Corner LLC partners Jerry Vasilatos and Edward Heller. Edward Heller scripted and recorded the voiceover and Jerry Vasilatos edited the video for the Chicago Corner Channel, hence the registered word-mark branding in the video. Hard Lens Media has retained this video in their broadcasts without permission. In fact, the instances of these videos being used by Hard Lens Media, only came to our attention because off Youtube's copyright matching tool, of which we only recently discovered usage of the video while we were filing a claim against another video Hard Lens Media claims used our material as "Fair Use" [R3IUKRK5OJE2EM64W2EEEKBZ34].

Per Respondent's Factor 3: "regarding this strike, I only used a few minutes of a longer video"

This is completely untrue. Hard Lens Media shared this video, in its entirety. This video is now copyrighted by Chicago Corner LLC, and at no time was permission granted subsequent to the purchase of the Chicago Corner assets from Hard Lens Media for them to retain this video on their channel.

Per Respondent's Factor 4: "My use did not harm the holder's ability to profit. The purpose and effect of my use was to help the holder (Jerry) profit."

Hard Lens Media did not help any of the 3 unpaid principals of Chicago Corner "profit" from the usage of the copyrighted content Chicago Corner LLC owns. In every instance of Hard Lens Media using Chicago Corner channel content, now wholly owned by Chicago Corner LLC, it was to poach material for the livestreams they monetized, without any stream of revenue then or now to members of the Chicago Corner LLC who are now the copyright owners of the material claimed.

To Hard Lens Media's wrap-up:

"This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube."

As Chicago Corner LLC is the copyright owner of the material claimed, Hard Lens Media has not proven these accusations are "false" nor the result of an "embittered former collaborator" trying to "destroy" their business. In point of fact, Hard Lens Media has been regularly broadcasting and running their business on their "backup" Youtube channel "HLM" since we originally filed our claim at the URL: https://www.youtube.com/@HLMV2.

As evidenced in their program of December 28th, 2023:

https://www.youtube.com/watch?v=g0GZsMYCq7E

They also continue to broadcast live on Rokfin, Rumble, Odysee and Kick:

https://rokfin.com/hardlensmedia

https://rumble.com/c/HardLensMedia

https://odysee.com/@HardLensMedia:9

https://kick.com/hardlensmedia

As Chicago Corner LLC is the rightful copyright owner of this video, and in light of another video Hard Lens Media posted, using copyrighted material [R3IUKRK5OJE2EM64W2EEEKBZ34], that was also reported for copyright infringement, harassment, cyberbullying, trademark infringement, misinformation and a violation of privacy, which Youtube has NOT struck per Hard Lens Media's claim of "fair use", we are under no obligation to grant Hard Lens Media any authorization for having posted this video in its entirety, on its channel, with our registered word-mark, without permission after we purchased and now own these copyrighted assets.

Our attorney reached out to the owners of Hard Lens Media on December 23rd via voicemail, text messaging and email, requesting they respond or in lieu of a response, to direct her to their attorney or attorneys to address these and other issues. In one instance, she was hung up on after identifying herself as our legal representative, and they have further not responded to any of those requests.

As requested, we are attaching evidence of our filing with the United State Copyright Claims Board that we are taking legal action against Hard lens Media, Inc.

https://dockets.ccb.gov/case/detail/23-CCB-0418

Service Request #: 1-13349470848



Filing receipt – eCCB.pdf

We once again request that Youtube recognize the rights of Chicago Corner LLC under US Copyright Law Title 17 and USPTO Statute § 32 as the exclusive rights holders of our copyrighted videos from Hard Lens Media that they have kept on their channel without our permission or authorization. That Hard Lens Media insists on claiming "fair use" in light of the fact they used the video in its entirety without transforming it and while keeping all monetization from their use to themselves, this is in complete violation of the spirit of what "fair use" is actually about as it relates to owner rights under US Copyright Law Title 17 / Copyright Infringement and Remedies (Sections 501-513) and USPTO Statute § 32 (15 U.S.C. § 1114) as use of our trademark in these videos is unauthorized as well.

Additionally, we urge your team to not only recognize our claim, but also review our previous claim filed against the video [R3IUKRK5OJE2EM64W2EEEKBZ34] that was also reported for copyright infringement, harassment, cyberbullying, trademark infringement, misinformation and violation of privacy. It also diminishes and damages the Chicago Corner LLC brand by use of our logo in the thumbnail and video content. We have filed a complaint for the unauthorized usage of our word-mark, used as a thumbnail for the other video Youtube has not removed, and are also attaching a screen-grab of that video thumbnail violating our registered word-mark and image from the Chicago Corner merch store (Attachment C). We are still awaiting Youtube's response in that matter. "Fair use" does not apply to advancing a false narrative to misinform, harass, cyberbully, violate privacy, damage a copyright holder's I.P., or slander us using our own copyrighted material.

Jerry Vasilatos

(323) 309-7691
jerry@chicagocorner.tv



Chicago Corner LLC, an Illinois Registered Worker Owned Co-Op.

| Form **LLC-5.5** | **Illinois**<br>**Limited Liability Company Act**<br>**Articles of Organization** | FILE # **13016852** |
| --- | --- | --- |
| Secretary of State Alexi Giannoulias<br>Department of Business Services Limited Liability Division<br>www.ilsos.gov | Filing Fee: $150<br><br>Approved By: __KKM__ | FILED<br><br>MAR 23 2023<br><br>Alexi Giannoulias<br>Secretary of State |

1. Limited Liability Company Name: __CHICAGO CORNER LLC__

2. Address of Principal Place of Business where records of the company will be kept:
   6430 NORTH ARTESIAN AVENUE

CHICAGO, IL 60645

3. The Limited Liability Company has one or more members on the filing date.

4. Registered Agent's Name and Registered Office Address:

JERRY VASILATOS
6430 N ARTESIAN AVE APT 2
CHICAGO, IL 60645-5191

5. Purpose for which the Limited Liability Company is organized:
"The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act."

6. The LLC is to have perpetual existence.

7. Name and business addresses of all the managers and any member having the authority of manager:

VASILATOS, JERRY A.
6430 N ARTESIAN AVE
CHICAGO, IL 60645

HELLER, EDWARD
3648 N CALIFORNIA AVE
CHICAGO, IL 60618

8. **Name and Address of Organizer**
I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge and belief, true, correct and complete.

Dated: MARCH 23, 2023        JERRY VASILATOS
6430 N ARTESIAN AVE
CHICAGO, IL 60645

This document was generated electronically at www.ilsos.gov



Attachment
B.pdf





On Dec 27, 2023, at 6:10 PM, YouTube Copyright <youtube-disputes+3hmyw1q2w6mc20h@google.com> wrote:



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=VBqTHTzMtJo

Display name of uploader: Hard Lens Media

Hello, Hard Lens Media is an independent news and commentary network. We have received notification that this video has been accused of violating copyright. These accusations are false, as our use of these clips constitutes fair use. Additionally, the person claiming copyright infringement is a former collaborator with our channel with whom we were on friendly terms. We featured these clips on our channel in order to promote his channel - he was well aware of this at the time and welcomed the promotion. Since then, the relationship has soured, and he is now attempting to destroy our channel out of spite and malice. Per Factor 1: My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work. Per Factor 2: The clips are non-fiction. Per Factor 4. My use did not harm the holder's ability to profit. Rather, the purpose and effect of my use was to help the holder (Jerry) profit. This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kit Cabello

Kit Cabello
3635 South Winchester
Chicago, Illinois 60609
United States

kit@hardlensmedia.com

(312) 285-5364

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** **Jerry Vasilatos** jerry@chicagocorner.tv 📎
**Subject:** Re: [AMIVE4PWZKSMMDCHFXG7GIVX3M] New Copyright Counter Notification
**Date:** December 31, 2023 at 3:37 PM
**To:** YouTube Copyright youtube-disputes+3nwuzchskkzv50h@google.com
**Cc:** Jerry Vasilatos jerry@chicagocorner.tv
**Bcc:** Cathy Hareas cathy.hareas@gmail.com

In response to the counter-notification from Hard Lens Media, Chicago Corner LLC is completely within its rights to request that this video be removed, as Chicago Corner LLC is the copyright holder of the original video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!". This is evident by the following claims regarding the facts and intellectual property rights:

In March of 2023, Hard Lens Media sold Chicago Corner, including all previously produced video assets, to the newly formed worker owned co-op, Chicago Corner LLC, of which we are including our State of Illinois Articles of Organization (Attachment A). The Chicago Corner LLC logo is also a registered word-mark conceived, designed and owned by the co-op's operating manager, Jerry Vasilatos. A registration notice of that asset from the USPTO is also attached with this response (Attachment B).

The usage of this clip is not transformative in any way whatsoever and is therefore not "fair use". It is played in its entirety in the original Hard Lens Media broadcast without the original content creators permission, violating Chicago Corner LLC's exclusive I.P. rights as copyright holders and also violating exclusive rights of our registered USPTO word-mark branding rights as well.

Per Respondent's Factor 1: "My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work."

Claims that Hard Lens Media was promoting Chicago Corner, meant they were promoting themselves and their company at that time. This video is now copyrighted by Chicago Corner LLC, and at no time was permission granted subsequent to the purchase of the Chicago Corner assets from Hard Lens Media for them to retain this video on their channel.

Per Respondent's Factor 2: "The clips are non-fiction"

This video is not "non-fiction. It is a wholly original parody video, produced by Chicago Corner LLC partners Jerry Vasilatos and Edward Heller. Edward Heller scripted and recorded the voiceover and Jerry Vasilatos edited the video for the Chicago Corner Channel, hence the registered word-mark branding in the video. Hard Lens Media has retained this video in their broadcasts without permission. In fact, the instances of these videos being used by Hard Lens Media, only came to our attention because off Youtube's copyright matching tool, of which we only recently discovered usage of the video while we were filing a claim against another video Hard Lens Media claims used our material as "Fair Use" [R3IUKRK5OJE2EM64W2EEEKBZ34].

Per Respondent's Factor 3: "regarding this strike, I only used a few minutes of a longer video"

This is completely untrue. Hard Lens Media shared this video, in its entirety. This video is now copyrighted by Chicago Corner LLC, and at no time was permission granted subsequent to the purchase of the Chicago Corner assets from Hard Lens Media for them to retain this video on their channel.

Per Respondent's Factor 4: "My use did not harm the holder's ability to profit. The purpose and effect of my use was to help the holder (Jerry) profit."

Hard Lens Media did not help any of the 3 unpaid principals of Chicago Corner "profit" from the usage of the copyrighted content Chicago Corner LLC owns. In every instance of Hard Lens Media using Chicago Corner channel content, now wholly owned by Chicago Corner LLC, it was to poach material for the livestreams they monetized, without any stream of revenue then or now to members of the Chicago Corner LLC who are now the copyright owners of the material claimed.

To Hard Lens Media's wrap-up:

"This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube."

As Chicago Corner LLC is the copyright owner of the material claimed, Hard Lens Media has not proven these accusations are "false" nor the result of an "embittered former collaborator" trying to "destroy" their business. In point of fact, Hard Lens Media has been regularly broadcasting and running their business on their "backup" Youtube channel "HLM" since we originally filed our claim at the URL: https://www.youtube.com/@HLMV2.

As evidenced in their program of December 28th, 2023:

https://www.youtube.com/watch?v=g0GZsMYCq7E

They also continue to broadcast live on Rokfin, Rumble, Odysee and Kick:

https://rokfin.com/hardlensmedia

https://rumble.com/c/HardLensMedia

https://odysee.com/@HardLensMedia:9

https://kick.com/hardlensmedia

As Chicago Corner LLC is the rightful copyright owner of this video, and in light of another video Hard Lens Media posted, using copyrighted material [R3IUKRK5OJE2EM64W2EEEKBZ34], that was also reported for copyright infringement, harassment, cyberbullying, trademark infringement, misinformation and a violation of privacy, which Youtube has NOT struck per Hard Lens Media's claim of "fair use", we are under no obligation to grant Hard Lens Media any authorization for having posted this video in its entirety, on its channel, with our registered word-mark, without permission after we purchased and now own these copyrighted assets.

Our attorney reached out to the owners of Hard Lens Media on December 23rd via voicemail, text messaging and email, requesting they respond or in lieu of a response, to direct her to their attorney or attorneys to address these and other issues. In one instance, she was hung up on after identifying herself as our legal representative, and they have further not responded to any of those requests.

As requested, we are attaching evidence of our filing with the United State Copyright Claims Board that we are taking legal action against Hard lens Media, Inc.

https://dockets.ccb.gov/case/detail/23-CCB-0418

Service Request #: 1-13349470848



Filing receipt – eCCB.pdf

We once again request that Youtube recognize the rights of Chicago Corner LLC under US Copyright Law Title 17 and USPTO Statute § 32 as the exclusive rights holders of our copyrighted videos from Hard Lens Media that they have kept on their channel without our permission or authorization. That Hard Lens Media insists on claiming "fair use" in light of the fact they used the video in its entirety without transforming it and while keeping all monetization from their use to themselves, this is in complete violation of the spirit of what "fair use" is actually about as it relates to owner rights under US Copyright Law Title 17 / Copyright Infringement and Remedies (Sections 501-513) and USPTO Statute § 32 (15 U.S.C. § 1114) as use of our trademark in these videos is unauthorized as well.

Additionally, we urge your team to not only recognize our claim, but also review our previous claim filed against the video [R3IUKRK5OJE2EM64W2EEEKBZ34] that was also reported for copyright infringement, harassment, cyberbullying, trademark infringement, misinformation and violation of privacy. It also diminishes and damages the Chicago Corner LLC brand by use of our logo in the thumbnail and video content. We have filed a complaint for the unauthorized usage of our word-mark, used as a thumbnail for the other video Youtube has not removed, and are also attaching a screen-grab of that video thumbnail violating our registered word-mark and image from the Chicago Corner merch store (Attachment C). We are still awaiting Youtube's response in that matter. "Fair use" does not apply to advancing a false narrative to misinform, harass, cyberbully, violate privacy, damage a copyright holder's I.P., or slander us using our own copyrighted material.

Jerry Vasilatos

(323) 309-7691
jerry@chicagocorner.tv



Chicago Corner LLC, an Illinois Registered Worker Owned Co-Op.

| Form **LLC-5.5** | **Illinois**<br>**Limited Liability Company Act**<br>**Articles of Organization** | FILE # **13016852** |
|---|---|---|
| Secretary of State Alexi Giannoulias<br>Department of Business Services Limited Liability Division<br>www.ilsos.gov | Filing Fee: $150<br><br>Approved By: __KKM__ | FILED<br>MAR 23 2023<br>Alexi Giannoulias<br>Secretary of State |

1. Limited Liability Company Name: CHICAGO CORNER LLC

2. Address of Principal Place of Business where records of the company will be kept:
   6430 NORTH ARTESIAN AVENUE

CHICAGO, IL 60645

3. The Limited Liability Company has one or more members on the filing date.

4. Registered Agent's Name and Registered Office Address:

JERRY VASILATOS
6430 N ARTESIAN AVE APT 2
CHICAGO, IL 60645-5191

5. Purpose for which the Limited Liability Company is organized:
"The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act."

6. The LLC is to have perpetual existence.

7. Name and business addresses of all the managers and any member having the authority of manager:

VASILATOS, JERRY A.
6430 N ARTESIAN AVE
CHICAGO, IL 60645

HELLER, EDWARD
3648 N CALIFORNIA AVE
CHICAGO, IL 60618

8. **Name and Address of Organizer**
I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge and belief, true, correct and complete.

Dated: MARCH 23, 2023        JERRY VASILATOS
6430 N ARTESIAN AVE
CHICAGO, IL 60645

This document was generated electronically at www.ilsos.gov



Attachment
B.pdf





On Dec 27, 2023, at 6:09 PM, YouTube Copyright <youtube-disputes+3nwuzchskkzv50h@google.com> wrote:



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=ZZR8TGPIB7I

Display name of uploader: Hard Lens Media

Hello, Hard Lens Media is an independent news and commentary network. We have received notification that this video has been accused of violating copyright. These accusations are false, as our use of these clips constitutes fair use. Additionally, the person claiming copyright infringement is a former collaborator with our channel with whom we were on friendly terms. We featured these clips on our channel in order to promote his channel - he was well aware of this at the time and welcomed the promotion. Since then, the relationship has soured, and he is now attempting to destroy our channel out of spite and malice. Per Factor 1: My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work. Per Factor 2: The clips are non-fiction. Per Factor 4. My use did not harm the holder's ability to profit. Rather, the purpose and effect of my use was to help the holder (Jerry) profit. This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kit Cabello

Kit Cabello
3635 South Winchester
Chicago, Illinois 60609
United States

kit@hardlensmedia.com

(312) 285-5364

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** **Jerry Vasilatos** jerry@chicagocorner.tv 📎
**Subject:** Re: [TGGVHUNC4UNTUCM6XRI4PEYYSY] New Copyright Counter Notification
**Date:** December 31, 2023 at 3:37 PM
**To:** YouTube Copyright youtube-disputes+33e6g4qi5wdeu0h@google.com
**Cc:** Jerry Vasilatos jerry@chicagocorner.tv
**Bcc:** Cathy Hareas cathy.hareas@gmail.com

In response to the counter-notification from Hard Lens Media, Chicago Corner LLC is completely within its rights to request that this video be removed, as Chicago Corner LLC is the copyright holder of the original video "Happy Holidaze to Chicago from Mayor Lori Lightfoot!". This is evident by the following claims regarding the facts and intellectual property rights:

In March of 2023, Hard Lens Media sold Chicago Corner, including all previously produced video assets, to the newly formed worker owned co-op, Chicago Corner LLC, of which we are including our State of Illinois Articles of Organization (Attachment A). The Chicago Corner LLC logo is also a registered word-mark conceived, designed and owned by the co-op's operating manager, Jerry Vasilatos. A registration notice of that asset from the USPTO is also attached with this response (Attachment B).

The usage of this clip is not transformative in any way whatsoever and is therefore not "fair use". It is played in its entirety in the original Hard Lens Media broadcast without the original content creators permission, violating Chicago Corner LLC's exclusive I.P. rights as copyright holders and also violating exclusive rights of our registered USPTO word-mark branding rights as well.

Per Respondent's Factor 1: "My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work."

Claims that Hard Lens Media was promoting Chicago Corner, meant they were promoting themselves and their company at that time. This video is now copyrighted by Chicago Corner LLC, and at no time was permission granted subsequent to the purchase of the Chicago Corner assets from Hard Lens Media for them to retain this video on their channel.

Per Respondent's Factor 2: "The clips are non-fiction"

This video is not "non-fiction. It is a wholly original parody video, produced by Chicago Corner LLC partners Jerry Vasilatos and Edward Heller. Edward Heller scripted and recorded the voiceover and Jerry Vasilatos edited the video for the Chicago Corner Channel, hence the registered word-mark branding in the video. Hard Lens Media has retained this video in their broadcasts without permission. In fact, the instances of these videos being used by Hard Lens Media, only came to our attention because off Youtube's copyright matching tool, of which we only recently discovered usage of the video while we were filing a claim against another video Hard Lens Media claims used our material as "Fair Use" [R3IUKRK5OJE2EM64W2EEEKBZ34].

Per Respondent's Factor 3: "regarding this strike, I only used a few minutes of a longer video"

This is completely untrue. Hard Lens Media shared this video, in its entirety. This video is now copyrighted by Chicago Corner LLC, and at no time was permission granted subsequent to the purchase of the Chicago Corner assets from Hard Lens Media for them to retain this video on their channel.

Per Respondent's Factor 4: "My use did not harm the holder's ability to profit. The purpose and effect of my use was to help the holder (Jerry) profit."

Hard Lens Media did not help any of the 3 unpaid principals of Chicago Corner "profit" from the usage of the copyrighted content Chicago Corner LLC owns. In every instance of Hard Lens Media using Chicago Corner channel content, now wholly owned by Chicago Corner LLC, it was to poach material for the livestreams they monetized, without any stream of revenue then or now to members of the Chicago Corner LLC who are now the copyright owners of the material claimed.

To Hard Lens Media's wrap-up:

"This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube."

As Chicago Corner LLC is the copyright owner of the material claimed, Hard Lens Media has not proven these accusations are "false" nor the result of an "embittered former collaborator" trying to "destroy" their business. In point of fact, Hard Lens Media has been regularly broadcasting and running their business on their "backup" Youtube channel "HLM" since we originally filed our claim at the URL: https://www.youtube.com/@HLMV2.

As evidenced in their program of December 28th, 2023:

https://www.youtube.com/watch?v=g0GZsMYCq7E

They also continue to broadcast live on Rokfin, Rumble, Odysee and Kick:

https://rokfin.com/hardlensmedia

https://rumble.com/c/HardLensMedia

https://odysee.com/@HardLensMedia:9

https://kick.com/hardlensmedia

As Chicago Corner LLC is the rightful copyright owner of this video, and in light of another video Hard Lens Media posted, using copyrighted material [R3IUKRK5OJE2EM64W2EEEKBZ34], that was also reported for copyright infringement, harassment, cyberbullying, trademark infringement, misinformation and a violation of privacy, which Youtube has NOT struck per Hard Lens Media's claim of "fair use", we are under no obligation to grant Hard Lens Media any authorization for having posted this video in its entirety, on its channel, with our registered word-mark, without permission after we purchased and now own these copyrighted assets.

Our attorney reached out to the owners of Hard Lens Media on December 23rd via voicemail, text messaging and email, requesting they respond or in lieu of a response, to direct her to their attorney or attorneys to address these and other issues. In one instance, she was hung up on after identifying herself as our legal representative, and they have further not responded to any of those requests.

As requested, we are attaching evidence of our filing with the United State Copyright Claims Board that we are taking legal action against Hard lens Media, Inc.

https://dockets.ccb.gov/case/detail/23-CCB-0418

Service Request #: 1-13349470848



Filing receipt –
eCCB.pdf

We once again request that Youtube recognize the rights of Chicago Corner LLC under US Copyright Law Title 17 and USPTO Statute § 32 as the exclusive rights holders of our copyrighted videos from Hard Lens Media that they have kept on their channel without our permission or authorization. That Hard Lens Media insists on claiming "fair use" in light of the fact they used the video in its entirety without transforming it and while keeping all monetization from their use to themselves, this is in complete violation of the spirit of what "fair use" is actually about as it relates to owner rights under US Copyright Law Title 17 / Copyright Infringement and Remedies (Sections 501-513) and USPTO Statute § 32 (15 U.S.C. § 1114) as use of our trademark in these videos is unauthorized as well.

Additionally, we urge your team to not only recognize our claim, but also review our previous claim filed against the video [R3IUKRK5OJE2EM64W2EEEKBZ34] that was also reported for copyright infringement, harassment, cyberbullying, trademark infringement, misinformation and violation of privacy. It also diminishes and damages the Chicago Corner LLC brand by use of our logo in the thumbnail and video content. We have filed a complaint for the unauthorized usage of our word-mark, used as a thumbnail for the other video Youtube has not removed, and are also attaching a screen-grab of that video thumbnail violating our registered word-mark and image from the Chicago Corner merch store (Attachment C). We are still awaiting Youtube's response in that matter. "Fair use" does not apply to advancing a false narrative to misinform, harass, cyberbully, violate privacy, damage a copyright holder's I.P., or slander us using our own copyrighted material.

Jerry Vasilatos

(323) 309-7691
jerry@chicagocorner.tv



Chicago Corner LLC, an Illinois Registered Worker Owned Co-Op.

| Form **LLC-5.5** | Illinois<br>Limited Liability Company Act<br>Articles of Organization | FILE # 13016852 |
| --- | --- | --- |
| Secretary of State Alexi Giannoulias<br>Department of Business Services Limited<br>Liability Division<br>www.ilsos.gov | Filing Fee:  $150<br><br>Approved By:  KKM | FILED<br>MAR 23 2023<br>Alexi Giannoulias<br>Secretary of State |

1. Limited Liability Company Name: CHICAGO CORNER LLC

2. Address of Principal Place of Business where records of the company will be kept:
6430 NORTH ARTESIAN AVENUE

CHICAGO, IL 60645

3. The Limited Liability Company has one or more members on the filing date.

4. Registered Agent's Name and Registered Office Address:

JERRY VASILATOS
6430 N ARTESIAN AVE APT 2
CHICAGO, IL 60645-5191

5. Purpose for which the Limited Liability Company is organized:
"The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act."

6. The LLC is to have perpetual existence.

7. Name and business addresses of all the managers and any member having the authority of manager:

VASILATOS, JERRY A.
6430 N ARTESIAN AVE
CHICAGO, IL 60645

HELLER, EDWARD
3648 N CALIFORNIA AVE
CHICAGO, IL 60618

8. **Name and Address of Organizer**
I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge and belief, true, correct and complete.

Dated: MARCH 23, 2023     JERRY VASILATOS
6430 N ARTESIAN AVE
CHICAGO, IL 60645

This document was generated electronically at www.ilsos.gov



Attachment
B.pdf





On Dec 27, 2023, at 6:10 PM, YouTube Copyright <youtube-disputes+33e6g4qi5wdeu0h@google.com> wrote:



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=vTDNCfXE3jw

Display name of uploader: Hard Lens Media

Hello, Hard Lens Media is an independent news and commentary network. We have received notification that this video has been accused of violating copyright. These accusations are false, as our use of these clips constitutes fair use. Additionally, the person claiming copyright infringement is a former collaborator with our channel with whom we were on friendly terms. We featured these clips on our channel in order to promote his channel - he was well aware of this at the time and welcomed the promotion. Since then, the relationship has soured, and he is now attempting to destroy our channel out of spite and malice. Per Factor 1: My use of his clips was not for my commercial purposes. It was rather to inform my audience of his channel and encourage them to support his work. Per Factor 2: The clips are non-fiction. Per Factor 4. My use did not harm the holder's ability to profit. Rather, the purpose and effect of my use was to help the holder (Jerry) profit. This dispute is clearly the dishonest and malicious effort of an embittered former collaborator to destroy our business, which we have spent many years of our lives building on your platform. We look forward to having this issue properly resolved so we can continue as partners in good standing with YouTube.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kit Cabello

Kit Cabello
3635 South Winchester
Chicago, Illinois 60609
United States

kit@hardlensmedia.com

(312) 285-5364

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** **YouTube Copyright** youtube-disputes+2ik2oqe6bwcvq0h@google.com
**Subject:** Re: [B6F5KTYRSM7AWOVEZSJUFDUXNM] New Copyright Counter Notification
**Date:** January 6, 2024 at 1:37 AM
**To:** jerry@chicagocorner.tv



Thank you for your email. At this point in the counter notification process, you must provide evidence that you've taken legal action against the uploader to keep the content at issue from being reinstated to YouTube. Usually, evidence would include a court-stamped copy of the full lawsuit against the uploader that names the YouTube URL(s) at issue. It should be an action that seeks a court order to restrain the alleged infringement and not just a claim for damages.

Lawsuits should be filed in courts that have the jurisdiction to review copyright cases. For lawsuits filed in the United States, we only accept filings in US federal courts.

When you have the required evidence in an acceptable format, **reply to this email with a copy of the evidence as an attachment**. Do not send your reply to copyright@youtube.com. If evidence is not provided, the content at issue may be reinstated to YouTube.

You can find more information about the legal action you must take and what evidence is required in our Help Center.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jan 4, 2024 jerry@chicagocorner.tv wrote:

> We responded to this copyright counterclaim within your 10 day deadline. As of today, January 3rd, 2024 your team has not updated the review status on our copyright claim dashboard.

**From:** **Jerry Vasilatos** jerry@chicagocorner.tv  📎
**Subject:** Re: [B6F5KTYRSM7AWOVEZSJUFDUXNM] New Copyright Counter Notification
**Date:** January 6, 2024 at 2:44 AM
**To:** YouTube Copyright youtube-disputes+2ik2oqe6bwcvq0h@google.com
**Cc:** Jerry Vasilatos jerry@chicagocorner.tv, Cathy Hareas cathy.hareas@gmail.com
**Bcc:** Shane Coughlin Shanecoughlin2023@gmail.com, Edward Heller eheller42@gmail.com, Edward Heller - EdHeller.Com ed@edheller.com, Lainie Petersen Lainie.petersen@gmail.com

At this part of the process, we have provided evidence as you requested on December 31st 2023, well before your 10 business day window deadline, that we have have filed a claim of legal action with the US Copyright Claims Board at:

https://dockets.ccb.gov/case/detail/23-CCB-0418

"The Copyright Claims Board (CCB) is a three-member tribunal with extensive expertise in copyright matters that provides a streamlined alternative to federal court to resolve copyright disputes involving claims up to $30,000.

The Copyright Alternative in Small-Claims Enforcement (CASE) Act of 2020 established the Copyright Claims Board (CCB), a tribunal located in the Copyright Office and available as a voluntary alternative to federal court.

The CCB is an efficient, streamlined way to resolve copyright disputes involving claims seeking damages of up to $30,000 and is designed to be less expensive and faster than bringing a case in a federal court. The Copyright Office has developed procedures to handle these disputes as well as "eCCB," an electronic filing and case management system."

I included a copy of the complaint, constituting evidence of our legal action, as you originally requested, in my original counterclaim response which will be reviewed by the three member tribunal. You did not at that time qualify, that a full lawsuit was required; only evidence of a legal claim per your original email:

"You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. <u>Usually</u>, evidence <u>would</u> include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement."

In legal framing, "usually" does not mean "always".

Usually - under normal conditions; generally.

Always - at all times; on all occasions.

 "Would" does not mean "must".

Would - under normal conditions; generally.

Must - at all times; on all occasions.

It is alarming that your team is not aware of this government implemented alternative with the Copyright Claims Board to filing a lawsuit in Federal Court to resolve copyright disputes, especially cost and time prohibitive ones as they relate to DMCA enforcement. I am attaching this complaint here again. Both the uploader, and Youtube Google are identified in our legal claim with the Copyright Claims Board. The complaint process with the Claims Board is a claim to restrain the alleged infringement as well as seek damages.

If you continue to obfuscate and move the goal posts regarding our legitimate infringement claim and trademark claims, and evidence of the legal action we have taken, then we will be forced to seek other alternative remedies against Youtube/Google for denying our rights under the DMCA moving forward.

My attorney Catherine S. Hareas is cc:ed on this response.



Filing receipt –
eCCB.pdf

Jerry Vasilatos
(323) 309-7691
jerry@chicagocorner.tv



On Jan 6, 2024, at 1:37 AM, YouTube Copyright <youtube-disputes+2ik2oqe6bwcvq0h@google.com> wrote:



Thank you for your email. At this point in the counter notification process, you must provide evidence that you've taken legal action against the uploader to keep the content at issue from being reinstated to YouTube. Usually, evidence would include a court-stamped copy of the full lawsuit against the uploader that names the YouTube URL(s) at issue. It should be an action that seeks a court order to restrain the alleged infringement and not just a claim for damages.

Lawsuits should be filed in courts that have the jurisdiction to review copyright cases. For lawsuits filed in the United States, we only accept filings in US federal courts.

When you have the required evidence in an acceptable format, **reply to this email with a copy of the evidence as an attachment**. Do not send your reply to copyright@youtube.com. If evidence is not provided, the content at issue may be reinstated to YouTube.

You can find more information about the legal action you must take and what evidence is required in our Help Center.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jan 4, 2024 jerry@chicagocorner.tv wrote:

> We responded to this copyright counterclaim within your 10 day deadline. As of today, January 3rd, 2024 your team has not updated the review status on our copyright claim dashboard.

**From:** **YouTube Copyright** youtube-disputes+33e6g4qi5wdeu0h@google.com
**Subject:** Re: [TGGVHUNC4UNTUCM6XRI4PEYYSY] New Copyright Counter Notification
**Date:** January 6, 2024 at 1:36 AM
**To:** jerry@chicagocorner.tv



Thank you for your email. At this point in the counter notification process, you must provide evidence that you've taken legal action against the uploader to keep the content at issue from being reinstated to YouTube. Usually, evidence would include a court-stamped copy of the full lawsuit against the uploader that names the YouTube URL(s) at issue. It should be an action that seeks a court order to restrain the alleged infringement and not just a claim for damages.

Lawsuits should be filed in courts that have the jurisdiction to review copyright cases. For lawsuits filed in the United States, we only accept filings in US federal courts.

When you have the required evidence in an acceptable format, **reply to this email with a copy of the evidence as an attachment**. Do not send your reply to copyright@youtube.com. If evidence is not provided, the content at issue may be reinstated to YouTube.

You can find more information about the legal action you must take and what evidence is required in our Help Center.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jan 4, 2024 jerry@chicagocorner.tv wrote:

> We responded to this copyright counterclaim within your 10 day deadline. As of today, January 3rd, 2024 your team has not updated the review status on our copyright claim dashboard.

**From:** **Jerry Vasilatos** jerry@chicagocorner.tv  📎
**Subject:** Re: [TGGVHUNC4UNTUCM6XRI4PEYYSY] New Copyright Counter Notification
**Date:** January 6, 2024 at 2:44 AM
**To:** YouTube Copyright youtube-disputes+33e6g4qi5wdeu0h@google.com
**Cc:** Jerry Vasilatos jerry@chicagocorner.tv, Cathy Hareas cathy.hareas@gmail.com
**Bcc:** Shane Coughlin Shanecoughlin2023@gmail.com, Edward Heller eheller42@gmail.com, Edward Heller - EdHeller.Com ed@edheller.com, Lainie Petersen Lainie.petersen@gmail.com

At this part of the process, we have provided evidence as you requested on December 31st 2023, well before your 10 business day window deadline, that we have have filed a claim of legal action with the US Copyright Claims Board at:

https://dockets.ccb.gov/case/detail/23-CCB-0418

"The Copyright Claims Board (CCB) is a three-member tribunal with extensive expertise in copyright matters that provides a streamlined alternative to federal court to resolve copyright disputes involving claims up to $30,000.

The Copyright Alternative in Small-Claims Enforcement (CASE) Act of 2020 established the Copyright Claims Board (CCB), a tribunal located in the Copyright Office and available as a voluntary alternative to federal court.

The CCB is an efficient, streamlined way to resolve copyright disputes involving claims seeking damages of up to $30,000 and is designed to be less expensive and faster than bringing a case in a federal court. The Copyright Office has developed procedures to handle these disputes as well as "eCCB," an electronic filing and case management system."

I included a copy of the complaint, constituting evidence of our legal action, as you originally requested, in my original counterclaim response which will be reviewed by the three member tribunal. You did not at that time qualify, that a full lawsuit was required; only evidence of a legal claim per your original email:

"You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement."

In legal framing, "usually" does not mean "always".

Usually - under normal conditions; generally.

Always - at all times; on all occasions.

 "Would" does not mean "must".

Would - under normal conditions; generally.

Must - at all times; on all occasions.

It is alarming that your team is not aware of this government implemented alternative with the Copyright Claims Board to filing a lawsuit in Federal Court to resolve copyright disputes, especially cost and time prohibitive ones as they relate to DMCA enforcement. I am attaching this complaint here again. Both the uploader, and Youtube Google are identified in our legal claim with the Copyright Claims Board. The complaint process with the Claims Board is a claim to restrain the alleged infringement as well as seek damages.

If you continue to obfuscate and move the goal posts regarding our legitimate infringement claim and trademark claims, and evidence of the legal action we have taken, then we will be forced to seek other alternative remedies against Youtube/Google for denying our rights under the DMCA moving forward.

My attorney Catherine S. Hareas is cc:ed on this response.



Filing receipt –
eCCB.pdf

Jerry Vasilatos
(323) 309-7691
jerry@chicagocorner.tv



On Jan 6, 2024, at 1:36 AM, YouTube Copyright <youtube-disputes+33e6g4qi5wdeu0h@google.com> wrote:



Thank you for your email. At this point in the counter notification process, you must provide evidence that you've taken legal action against the uploader to keep the content at issue from being reinstated to YouTube. Usually, evidence would include a court-stamped copy of the full lawsuit against the uploader that names the YouTube URL(s) at issue. It should be an action that seeks a court order to restrain the alleged infringement and not just a claim for damages.

Lawsuits should be filed in courts that have the jurisdiction to review copyright cases. For lawsuits filed in the United States, we only accept filings in US federal courts.

When you have the required evidence in an acceptable format, **reply to this email with a copy of the evidence as an attachment**. Do not send your reply to copyright@youtube.com. If evidence is not provided, the content at issue may be reinstated to YouTube.

You can find more information about the legal action you must take and what evidence is required in our Help Center.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jan 4, 2024 jerry@chicagocorner.tv wrote:

> We responded to this copyright counterclaim within your 10 day deadline. As of today, January 3rd, 2024 your team has not updated the review status on our copyright claim dashboard.


**Studio**



**Your channel**
Chicago Corner

Dashboard

Content

Analytics

Comments

Subtitles

**Copyright**

Earn

Customization

Creator Music [Beta]

# Channel copyright

Matches     **Removal requests**     Messages     Archive

| Type | Title | Request submitted ↓ | Your content | Request status |
|---|---|---|---|---|
| | Highlights From M4All, Jamal Green, Jimmy Dor... <br> by Hard Lens Media | Dec 24, 2023 | Chicago #M4M4ALL March for Medicar... | ● Resolved <br> Video removed |
| | Video made private <br> – | Dec 24, 2023 | Happy Holidaze to Chicago from Mayor ... | ● Resolved <br> Video removed |
| | Speaker Vote/Jimmy Dore Was Right On #Force... <br> by Hard Lens Media | Dec 24, 2023 | Happy Holidaze to Chicago from Mayor ... | ● Resolved <br> Video removed |
| | Jimmy Dore Discusses House GOP Speaker Vot... <br> by Hard Lens Media | Dec 24, 2023 | Happy Holidaze to Chicago from Mayor ... | ● Resolved <br> Video removed |
| | East Palestine America's Chernobyl, MARS ATTA... <br> by Hard Lens Media | Dec 24, 2023 | Happy Holidaze to Chicago from Mayor ... | ● Resolved <br> Video removed |
| | Mayor Lightfoot Loses Chicago Election, Buttigie... <br> by Hard Lens Media | Dec 24, 2023 | Happy Holidaze to Chicago from Mayor ... | ● Resolved <br> Video removed |
| | #ForceTheVote VS Critics, AOC, DNC, & McCarth... <br> by Hard Lens Media | Dec 24, 2023 | Happy Holidaze to Chicago from Mayor ... | ● Resolved <br> Video removed |
| | Video made private <br> – | Dec 24, 2023 | 2023 Chicago Mayoral Race Petition Dr... | ● Resolved <br> Video removed |
| | Video made private <br> – | Dec 24, 2023 | Activists Rally Mayor for CHA Land, Ordi... | ● Info needed <br> See email |
| | SOSATRUU - Cant Get Enough (OFFICIAL VIDEO) <br> by SOSA TRUU | Mar 9, 2023 | Runoff Reflects 1983 v. 2023, Tribune T... | ● Info needed <br> See email |

Looking for a copyright claim somebody made on your video? Check the video list.


EXHIBIT C

Tuesday, September 10, 2024 at 15:02:20 Central Daylight Time

| | |
|---|---|
| **Subject:** | Re: [B6F5KTYRSM7AWOVEZSJUFDUXNM] New Copyright Counter Notification |
| **Date:** | Wednesday, January 10, 2024 at 3:49:53 PM Central Standard Time |
| **From:** | Jerry Vasilatos |
| **To:** | YouTube Copyright, copyright@youtube.com |
| **CC:** | Jerry Vasilatos |
| **Priority:** | High |
| **Attachments:** | Chicago Corner (Complaint) (Stamped).pddf.pdf, ATT00001.htm, CHICAGO_CORNER_EMAIL.png, ATT00002.htm |

Dear Youtube Team:

In addition to the claim we presented previously filed with the online US Copyright Claims Board, we have also complied with your demand to provide evidence of a lawsuit filed in US Federal Court. Attached is a copy of the complaint filed today on January 10th, 2024 in US Federal Court against Hard Lens Media, Inc. regarding:

YOUTUBE INCIDENT REPORT: B6F5KTYRSM7AWOVEZSJUFDUXNM

Chicago #M4M4ALL March for Medicare for All

INFRINGING VIDEO: Highlights From M4All, Jamal Green, Jimmy Dore, Shoe0nhead / July 27. 2021 / 00:02:26 / 3 Minutes Shown / Not Transformed

http://www.youtube.com/watch?v=MkW9ow290t4

Page 1 of 1

| **Subject:** | Re: [E7DGRWLFXMVZIILZG2LBPIND5Y] New Copyright Counter Notification |
| --- | --- |
| **Date:** | Wednesday, January 10, 2024 at 3:47:01 PM Central Standard Time |
| **From:** | Jerry Vasilatos |
| **To:** | YouTube Copyright, copyright@youtube.com |
| **CC:** | Jerry Vasilatos |
| **Priority:** | High |
| **Attachments:** | Chicago Corner (Complaint) (Stamped).pddf.pdf, ATT00001.htm, CHICAGO_CORNER_EMAIL.png, ATT00002.htm |

Dear Youtube Team:

In addition to the claim we presented previously filed with the online US Copyright Claims Board, we have also complied with your demand to provide evidence of a lawsuit filed in US Federal Court. Attached is a copy of the complaint filed today on January 10th, 2024 in US Federal Court against Hard Lens Media, Inc. regarding:

YOUTUBE INCIDENT REPORT: E7DGRWLFXMVZIILZG2LBPIND5Y

Happy Holidaze to Chicago from Mayor Lori Lightfoot!

INFRINGING VIDEO: Ana Kasparian & Ben Shapiro, Biden State Of The Union, Bernie & Railroad Workers, Failure For 2024 / February 27, 2023 / 01:25:20 / FULL VIDEO NOTHING TRANSFORMATIVE

https://www.youtube.com/watch?v=G22H8KY4uik

| | |
|---|---|
| **Subject:** | Re: [TGGVHUNC4UNTUCM6XRI4PEYYSY] New Copyright Counter Notification |
| **Date:** | Wednesday, January 10, 2024 at 3:48:34 PM Central Standard Time |
| **From:** | Jerry Vasilatos |
| **To:** | YouTube Copyright, copyright@youtube.com |
| **CC:** | Jerry Vasilatos |
| **Priority:** | High |
| **Attachments:** | Chicago Corner (Complaint) (Stamped).pddf.pdf, ATT00001.htm, CHICAGO_CORNER_EMAIL.png, ATT00002.htm |

Dear Youtube Team:

In addition to the claim we presented previously filed with the online US Copyright Claims Board, we have also complied with your demand to provide evidence of a lawsuit filed in US Federal Court. Attached is a copy of the complaint filed today on January 10th, 2024 in US Federal Court against Hard Lens Media, Inc. regarding:

YOUTUBE INCIDENT REPORT: TGGVHUNC4UNTUCM6XRI4PEYYSY

Happy Holidaze to Chicago from Mayor Lori Lightfoot!

INFRINGING VIDEO: Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, VHS Speculation, Congress & Insider Trading / January 3, 2023 / 1:45:36 / FULL VIDEO NOTHING TRANSFORMATIVE

http://www.youtube.com/watch?v=vTDNCfXE3jw

| **Subject:** | Re: [AMIVE4PWZKSMMDCHFXG7GIVX3M] New Copyright Counter Notification |
|---|---|
| **Date:** | Wednesday, January 10, 2024 at 3:44:13 PM Central Standard Time |
| **From:** | Jerry Vasilatos |
| **To:** | YouTube Copyright, copyright@youtube.com |
| **CC:** | Jerry Vasilatos |
| **Priority:** | High |
| **Attachments:** | Chicago Corner (Complaint) (Stamped).pddf.pdf, ATT00001.htm, CHICAGO_CORNER_EMAIL.png, ATT00002.htm |

Dear Youtube Team:

In addition to the claim we presented previously filed with the online US Copyright Claims Board, we have also complied with your demand to provide evidence of a lawsuit filed in US Federal Court. Attached is a copy of the complaint filed today on January 10th, 2024 in US Federal Court against Hard Lens Media, Inc. regarding:

YOUTUBE INCIDENT REPORT: AMIVE4PWZKSMMDCHFXG7GIVX3M

Happy Holidaze to Chicago from Mayor Lori Lightfoot!

INFRINGING VIDEO: Jimmy Dore Discusses House GOP Speaker Vote & Critics of #ForceTheVote - Live With Hard Lens Media / January 8, 2023 / 1:45:36 / FULL VIDEO NOTHING TRANSFORMATIVE

https://www.youtube.com/watch?v=ZZR8TGPIB7I

Tuesday, September 10, 2024 at 15:10:23 Central Daylight Time

| | |
|---|---|
| **Subject:** | Re: [3W6IA2SB2GW45NYLZK2PQXJLUY] New Copyright Counter Notification |
| **Date:** | Wednesday, January 10, 2024 at 3:45:47 PM Central Standard Time |
| **From:** | Jerry Vasilatos |
| **To:** | YouTube Copyright, copyright@youtube.com |
| **CC:** | Jerry Vasilatos |
| **Priority:** | High |
| **Attachments:** | Chicago Corner (Complaint) (Stamped).pddf.pdf, ATT00001.htm, CHICAGO_CORNER_EMAIL.png, ATT00002.htm |

Dear Youtube Team:

In addition to the claim we presented previously filed with the online US Copyright Claims Board, we have also complied with your demand to provide evidence of a lawsuit filed in US Federal Court. Attached is a copy of the complaint filed today on January 10th, 2024 in US Federal Court against Hard Lens Media, Inc. regarding:

YOUTUBE INCIDENT REPORT: 3W6IA2SB2GW45NYLZK2PQXJLUY

Happy Holidaze to Chicago from Mayor Lori Lightfoot!

INFRINGING VIDEO: East Palestine America's Chernobyl, MARS ATTACKS, 2024 Will Be A Disaster / February 13, 2023 / 01:36:31 / FULL VIDEO NOTHING TRANSFORMATIVE

https://www.youtube.com/watch?v=VBqTHTzMtJo

| **Subject:** | Re: [JWT3DE7S3QOJTZ2FPYGPXDSIR4] New Copyright Counter Notification |
|---|---|
| **Date:** | Wednesday, January 10, 2024 at 3:41:35 PM Central Standard Time |
| **From:** | Jerry Vasilatos |
| **To:** | YouTube Copyright |
| **CC:** | Jerry Vasilatos |
| **Attachments:** | Chicago Corner (Complaint) (Stamped).pddf.pdf, ATT00001.htm, CHICAGO_CORNER_EMAIL.png, ATT00002.htm |

Dear Youtube Team:

In addition to the claim we presented previously filed with the online US Copyright Claims Board, we have also complied with your demand to provide evidence of a lawsuit filed in US Federal Court. Attached is a copy of the complaint filed today on January 10th, 2024 in US Federal Court against Hard Lens Media, Inc. regarding:

YOUTUBE INCIDENT REPORT: JWT3DE7S3QOJTZ2FPYGPXDSIR4

Happy Holidaze to Chicago from Mayor Lori Lightfoot!

INFRINGING VIDEO: Mayor Lightfoot Loses Chicago Election, Buttiegieg Falls, SCOTUS & Student Debt / March 1, 2023 / 01:28:31 / FULL VIDEO NOTHING TRANSFORMATIVE

https://www.youtube.com/watch?v=Ec1mzbdSNWU

**Tuesday, September 10, 2024 at 15:12:02 Central Daylight Time**

| | |
|---|---|
| **Subject:** | Re: [7CLO3XKS6CGL7NXOTXPQOKI6UI] New Copyright Counter Notification |
| **Date:** | Wednesday, January 10, 2024 at 3:39:40 PM Central Standard Time |
| **From:** | Jerry Vasilatos |
| **To:** | YouTube Copyright, copyright@youtube.com |
| **CC:** | Jerry Vasilatos |
| **Priority:** | High |
| **Attachments:** | Chicago Corner (Complaint) (Stamped).pddf.pdf, ATT00001.htm, CHICAGO_CORNER_EMAIL.png, ATT00002.htm |

Dear Youtube Team:

In addition to the claim we presented previously filed with the online US Copyright Claims Board, we have also complied with your demand to provide evidence of a lawsuit filed in US Federal Court. Attached is a copy of the complaint filed today on January 10th, 2024 in US Federal Court against Hard Lens Media, Inc. regarding:

YOUTUBE INCIDENT REPORT: 7CLO3XKS6CGL7NXOTXPQOKI6UI

Happy Holidaze to Chicago from Mayor Lori Lightfoot!

INFRINGING VIDEO: #ForceTheVote VS Critics, AOC, DNC, & McCarthy, Crypto Crash / January 6, 2023 / 1:52:33 / FULL VIDEO NOTHING TRANSFORMATIVE

https://www.youtube.com/watch?v=G22H8KY4uik

| | |
|---|---|
| **Subject:** | Re: [A2TEA47CNQUDFE77OPICMDRBKQ] New Copyright Counter Notification |
| **Date:** | Wednesday, January 10, 2024 at 3:36:41 PM Central Standard Time |
| **From:** | Jerry Vasilatos |
| **To:** | YouTube Copyright, copyright@youtube.com |
| **CC:** | Jerry Vasilatos |
| **Priority:** | High |
| **Attachments:** | Chicago Corner (Complaint) (Stamped).pddf.pdf, ATT00001.htm, CHICAGO_CORNER_EMAIL.png, ATT00002.htm |

Dear Youtube Team:

In addition to the claim we presented previously filed with the online US Copyright Claims Board, we have also complied with your demand to provide evidence of a lawsuit filed in US Federal Court. Attached is a copy of the complaint filed today on January 10th, 2024 in US Federal Court against Hard Lens Media, Inc. regarding:

YOUTUBE INCIDENT REPORT: A2TEA47CNQUDFE77OPICMDRBKQ

2023 Chicago Mayoral Race Petition Drop-Off Coverage

INFRINGING VIDEO: Chicago Mayoral 2023 Race Petition Drop-Off, Interview With The Candidates / November 26, 2022 / FULL VIDEO NOTHING TRANSFORMATIVE

https://www.youtube.com/watch?v=Zz4J_wV5uF4

Page 1 of 1

| | |
|---|---|
| **Subject:** | Re: [TGGVHUNC4UNTUCM6XRI4PEYYSY] New Copyright Counter Notification |
| **Date:** | Wednesday, January 10, 2024 at 3:14:04 PM Central Standard Time |
| **From:** | Jerry Vasilatos |
| **To:** | YouTube Copyright, copyright@youtube.com |
| **CC:** | Jerry Vasilatos |
| **BCC:** | cathy.hareas@gmail.com |
| **Priority:** | High |
| **Attachments:** | Chicago Corner (Complaint) (Stamped).pddf.pdf, ATT00001.htm, CHICAGO_CORNER_EMAIL.png, ATT00002.htm |

Dear Youtube Team:

In addition to the claim we presented previously filed with the online US Copyright Claims Board, we have also complied with your demand to provide evidence of a lawsuit filed in US Federal Court. Attached is a copy of the complaint filed today on January 10th, 2024 in US Federal Court against Hard Lens Media, Inc. regarding the 4 videos claimed for strike by Chicago Corner LLC. This copyright lawsuit includes the video your team denied our request to remove [R3IUKRK5OJE2EM64W2EEEKBZ34] entitled: "Chicago Corner: Activists Rally Mayor for CHA Land, Ordinance Ends Subminimum Wage, Guest Joe Evans, Barbie & More" which still remains visible on the Hard Lens Media Youtube Channel in the video "Exposed - Chicago Corner and Jerry Vasilatos" from December 23, 2023 at: https://www.youtube.com/watch?v=7gBAbMwVQCg.

Page 1 of 1

Case 4:24-cv-00246 Document 17-5 Filed 03/12/24 Page 93 of 139 PageID #:160

 Gmail

**Carla Carter <ccarter@daviscarterlaw.com>**

## Fwd: Case Subject

1 message

**HLMC** <hardlensmedia@gmail.com>                                    Tue, Feb 27, 2024 at 1:05 PM
To: ccarter@daviscarterlaw.com

This was for the 9th video and YouTube did nothing. As I have said it is now private.

---------- Forwarded message ---------
From: **YouTube Support Team** <privacy+0mz8n5fbswx0r02@support.youtube.com>
Date: Tue, Dec 26, 2023 at 4:49 AM
Subject: Re: Case Subject
To: <hardlensmedia@gmail.com>


Hi Hard Lens Media,


This is to notify you that we have received a privacy complaint from an individual regarding your content:

-----------------------------------------------------------

https://www.youtube.com/watch?v=7gBAbMwVQCg

The information reported as violating privacy is at 00_04_49

-----------------------------------------------------------

Please note that the violation may also occur in the title, video description, channel image or background. This notification informs you that another user has raised a privacy concern about your content, however, it will not automatically result in your video(s) being removed.


We will review the complaint for potential violations of our Privacy Guidelines and consider restricting the content. In the meantime, please review the content and consider making revisions to address the potential violation.


Please note that you may not need to remove the content entirely in order to resolve the issue. YouTube offers a Custom Blurring tool, which allows you to blur anything in your video, including individuals or information. For more information on the blurring feature, visit this Help Center article. Please also check the title, description, video tags, channel image or background for relevant personal information. YouTube offers metadata editing tools which you can access by going to My Videos and clicking the Edit button on the reported video.


We're committed to protecting our users, and we hope you understand the importance of respecting others' privacy. When uploading videos in the future, please remember not to post someone's personal information without their consent. For more information, please review our Privacy Guidelines.


Sincerely,

The YouTube Legal Support Team

**EXHIBIT D**

Exhibit A


**Studio**



**Your channel**
Chicago Corner

Dashboard

Content

Analytics

Comments

Subtitles

Copyright

Earn

Customization

Creator Music [Beta]

# Channel copyright

Matches    **Removal requests**    Messages    Archive

| Type | Title | Request submitted ↓ | Your content | Request status |
|---|---|---|---|---|
| | Highlights From M4All, Jamal Green, Jimmy Dor... <br> by Hard Lens Media | Dec 24, 2023 | Chicago #M4M4ALL March for Medicar... | 🟢 Resolved <br> Video removed |
| | Video made private <br> – | Dec 24, 2023 | Happy Holidaze to Chicago from Mayor ... | 🟢 Resolved <br> Video removed |
| | Speaker Vote/Jimmy Dore Was Right On #Force... <br> by Hard Lens Media | Dec 24, 2023 | Happy Holidaze to Chicago from Mayor ... | 🟢 Resolved <br> Video removed |
| | Jimmy Dore Discusses House GOP Speaker Vot... <br> by Hard Lens Media | Dec 24, 2023 | Happy Holidaze to Chicago from Mayor ... | 🟢 Resolved <br> Video removed |
| | East Palestine America's Chernobyl, MARS ATTA... <br> by Hard Lens Media | Dec 24, 2023 | Happy Holidaze to Chicago from Mayor ... | 🟢 Resolved <br> Video removed |
| | Mayor Lightfoot Loses Chicago Election, Buttigie... <br> by Hard Lens Media | Dec 24, 2023 | Happy Holidaze to Chicago from Mayor ... | 🟢 Resolved <br> Video removed |
| | #ForceTheVote VS Critics, AOC, DNC, & McCarth... <br> by Hard Lens Media | Dec 24, 2023 | Happy Holidaze to Chicago from Mayor ... | 🟢 Resolved <br> Video removed |
| | Video made private <br> – | Dec 24, 2023 | 2023 Chicago Mayoral Race Petition Dr... | 🟢 Resolved <br> Video removed |
| | Video made private <br> – | Dec 24, 2023 | Activists Rally Mayor for CHA Land, Ordi... | 🔴 Info needed <br> See email |
| | SOSATRUU - Cant Get Enough (OFFICIAL VIDEO) <br> by SOSA TRUU | Mar 9, 2023 | Runoff Reflects 1983 v. 2023, Tribune T... | 🔴 Info needed <br> See email |

Looking for a copyright claim somebody made on your video? Check the video list.

**EXHIBIT E**

Video made private
_

Dec 24, 2023

Activists Rally Mayor for CHA Land...

● Info needed
See email

Video is private

**Infringing Video URL:**
https://www.youtube.com/watch?v=7gBAbMwVQCg

**YouTube URL of my original video:**
https://www.youtube.com/watch?v=yvg8q3Inli8

**Type of video:**
Live stream

**Segments of targeted video:**
1:08:17 – 1:13:39

**Segments of original video:**
17:15 – 23:45

✓ Prevent copies  Pending  ⑦

YouTube will try to prevent future uploads from appearing on the platform. Learn more

     

odysee

Chicago #M4M4ALL    1.7



01:23:17

## Chicago #M4M4ALL March and Rally Emceed by Hard Lens Media Hosts Kit Cabello and Daniel Luepker

 Hard Lens Media
3 years ago

chicago   hard lens media   hlm

Like and Subscribe - See Links Below Support us on Patreon at - https://www.patreon.com/HardLensMedia Join us on Odysee - https://odysee.com/$/invite/@HardLensMedia:9 Join Our Discord Server - https://discord.gg/AQzJG8x Join us on Rokfin -...

EXHIBIT F

 

 



0:00 / 1:23:17

## Chicago #M4M4ALL March and Rally Emceed by Hard Lens Media Hosts Kit Cabello and Daniel Luepker

July 27, 2021    26 views

 4     1     Support     Save     Repost     Share   



**Hard Lens Media**
@HardLensMedia
2,176 followers

 Join     Follow



## odysee

Chicago Mayoral 2023 Race Petition Drop-Off, Interview With T...

1.7

You have found the edge of the internet. **Repost** or **publish** your stuff here to claim this spot.

Filter ⌄



### Chicago Mayoral 2023 Race Petition Drop-Off, Interview With The Candidates

Hard Lens Media
1 year ago

chicago    comedy    funny

Like and Subscribe - See Links Below Support us on Patreon at - https://www.patreon.com/HardLensMedia Join us on Odysee - https://odysee.com/$/invite/@HardLensMedia:9 Join Our Discord Server - https://discord.gg/AQzJG8x Join us on Rokfin -...

  odysee

Search

  

JERRY VASILATOS

*CHICAGO*
*CORNER*

▶ 🔊 0:02 / 22:24 ⚙ 🖵 ⛶

## Chicago Mayoral 2023 Race Petition Drop-Off, Interview With The Candidates

🕐 November 26, 2022  👥 5 views

🔥 0  ✳ 0  ⓢ Support  ⊞ Save  ⇄ Repost  ≪ Share  ⋯

 **Hard Lens Media**
@HardLensMedia
2,176 followers

 Join   Follow



**rumble**

Chicago Mayoral 2023 Race Petition Drop-Off, Interview With The Ca    🔍

All    Videos    Channels



22:24

1 year ago

## Chicago Mayoral 2023 Race Petition Drop-Off, Interview With The Candidates

 **Hard Lens Media**

👍 2 ━━━━━━━━━━━━ 👎 0    👁 8

 rumble

Search
















**2023 Chicago Mayoral Race**

State Rep. Kam Buckner | John Catanzara | State Rep. LaShawn Ford | Judy Frydland | Stacy Davis Gates | Jamal Green | Ald. Brian Hopkins

Cook Co. Comm. Brandon Johnson | Ald. Ray Lopez | Mayor Lori Lightfoot | Ald. Roderick Sawyer | U.S. Rep. Mike Quigley | Paul Vallas | Willie Wilson

# Chicago Mayoral 2023 Race Petition Drop-Off, Interview With The Candidates

 **Hard Lens Media**
2.86K followers

Join     Follow

 2    0     Comments     Share     Save

Case: 1:24-cv-00246 Document #: 17 Filed: 09/11/24 Page 102 of 139 PageID #:169


**Rokfin**

Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, V...    ✕

## Latest Posts



**HLM**    **Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, VHS Speculation, Congress & Inside...**

Hard Lens Media

💬 0

2 years ago



Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, V



Happy Holidaze to Chicago from Mayor Lori Lightfoot! 🎁 ☃️

HAPPY HOLIDAYS

CAGO

Play

1:22:18 / 1:26:38

  

## Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, VHS Speculation, Congress & Insider Trading

... more

👍 15     👎 0



**Hard Lens Media**
2 years ago

🔔      Follow



rumble

Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, VHS Specula  🔍

**All**    Videos    Channels

 

1:26:38

1 year ago

## Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, VHS Speculation, Congress & Insider Trading

Ⓚ kitcabello ✓

👍 2 ▬▬▬▬▬▬▬▬▬▬ 👎 0    👁 103

  

1:26:33

1 year ago

## Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, VHS Speculation, Congress & Insider Trading

 Hard Lens Media ✓

👍 2 ▬▬▬▬▬▬▬▬▬▬  0     16    💬 2



Search



Happy Holidaze to Chicago from Mayor Lori Lightfoot! 🎁☃️

# HAPPY HOLIDAYS

## CAGO



1:22:19 / 1:26:38

 rumble

## Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, VHS Speculation, Congress & Insider Trading

 **kitcabello** ✓
122 followers

 Join

 Follow

👍 2   👎 0

💬 Comments

⬆ Share

☰ Save

Case: 1:24-cv-00246 Document #: 17 Filed: 09/11/24 Page 106 of 139 PageID #:173



Happy Holidaze to Chicago from Mayor Lori Lightfoot!





# HAPPY HOLIDAYS
# CAGO



    1:22:15 / 1:26:33

   

## Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, VHS Speculation, Congress & Insider Trading

 **Hard Lens Media** ✓
2.86K followers

 Join

 Follow

 👍 2   👎 0

 💬 Comments

 ↥ Share

 ⊟+ Save   ⋮

    

**odysee**

Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, VHS S... ✕

1.7

---

⚙ Filter ⌄

 

## Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, VHS Speculation, Congress & Insider Trading

Hard Lens Media
Released 1 year ago

YOUTUBE Send us a Superchat- https://streamlabs.com/hardlensmedia99 Support us on Patreon at - https://www.patreon.com/HardLensMedia Join us on Odysee - https://odysee.com/$/invite/@HardLensMedia:9 Join Our Discord Server - https://discord.gg/AQzJG8x00 Join us on Rokfin -...

Case: 1:24-cv-00246 Document #: 17 Filed: 09/11/24 Page 108 of 139 PageID #:175

 

  

Happy Holidaze to Chicago from Mayor Lori Lightfoot!







1:22:15 / 1:26:33 <del>0:00 / 3:37</del>



## Speaker Vote/Jimmy Dore Was Right On #ForceTheVote, VHS Speculation, Congress & Insider Trading

January 3, 2023   👥 5 views

 1    0    Support    Save    Repost    Share   •••



**Hard Lens Media**
@HardLensMedia
2,176 followers

 Join    Follow

https://odysee.com/@NextNewsNetwork:8/kya-watch-congress-freak-out-after:c



## Rokfin

🔍 #ForceTheVote VS Critics, AOC, DNC, & McCarthy, Crypto ✕

### Latest Posts



**HLM** **#ForceTheVote VS Critics, AOC, DNC, & McCarthy, Crypto Crash**

Hard Lens Media

💬 0

2 years ago

Case: 1:24-cv-00246 Document #: 17 Filed: 09/11/24 Page 110 of 139 PageID #:177

 **Rokfin**

Search Rokfin

 Fee

Happy Holidaze to Chicago from Mayor Lori Lightfoot! 🎁☃️

# HAPPY HOLIDAYS

## CHICAGO

MAYOR LORI F. LIGHTFOOT

1:52:47 / 1:56:20

## #ForceTheVote VS Critics, AOC, DNC, & McCarthy, Crypto Crash

... more

👍 15          👎 0

   

 **Hard Lens Media**
2 years ago

 Follow


Case: 1:24-cv-00246 Document #: 17 Filed: 09/11/24 Page 111 of 139 PageID #:178

#ForceTheVote VS Critics, AOC, DNC, & McCarthy, Crypto Crash

**All**    Videos    Channels



1 year ago

## #ForceTheVote VS Critics, AOC, DNC, & McCarthy, Crypto Crash

 Hard Lens Media ✅

👍 4     👎 0     👁 16



1 year ago

## #ForceTheVote VS Critics, AOC, DNC, & McCarthy, Crypto Crash

 kitcabello ✅

👁 84



Search

Happy Holidaze to Chicago from Mayor Lori Lightfoot!

 

# HAPPY HOLIDAYS

# CHICAGO

MAYOR LORIE LIGHTFOOT



1:52:31 / 1:56:03



## #ForceTheVote VS Critics, AOC, DNC, & McCarthy, Crypto Crash

 **Hard Lens Media** ✓
2.86K followers

Join    Follow    👍 4   👎 0    💬 Comments    ⬆ Share    🗎 Save    ⋮



Search





HAPPY HOLIDAYS

CHICAGO

MAYOR LORI E. LIGHTFOOT

1:52:35 / 1:56:06

     

## #ForceTheVote VS Critics, AOC, DNC, & McCarthy, Crypto Crash

 **kitcabello**
122 followers

 Join    Follow

 👍 0  👎 0

 💬 Comments    📤 Share    Save    <> Embed

Case: 1:24-cv-00246 Document #: 17 Filed: 09/11/24 Page 114 of 139 PageID #:181

Filter ⌄



### #ForceTheVote VS Critics, AOC, DNC, & McCarthy, Crypto Crash

Hard Lens Media
Released 1 year ago

YOUTUBE Send us a Superchat- https://streamlabs.com/hardlensmedia99 Support us on Patreon at - https://www.patreon.com/HardLensMedia Join us on Odysee - https://odysee.com/$/invite/@HardLensMedia:9 Join Our Discord Server - https://discord.gg/AQzJG8x00 Join us on Rokfin -...

Case: 1:24-cv-00246 Document #: 17 Filed: 09/11/24 Page 115 of 139 PageID #:182

 

Search

 

Happy Holidaze to Chicago from Mayor Lori Lightfoot! 🎁 ☃️



**HAPPY HOLIDAYS CHICAGO**

MAYOR LORI E. LIGHTFOOT

▶ ▶ 🔊 ▶ 1:52:31 / 1:56:03 / 3:37

Play (space)

# #ForceTheVote VS Critics, AOC, DNC, & McCarthy, Crypto Crash

🕐 January 6, 2023 👥 7 views     🔥 0   ✳️ 0   ⓢ Support   ⊞ Save   ⇄ Repost   ⤝ Share   •••

 **Hard Lens Media**
@HardLensMedia
2,176 followers

🚀 Join    ♡ Follow

Case: 1:24-cv-00246 Document #: 17 Filed: 09/11/24 Page 116 of 139 PageID #:183

# Rokfin

Jimmy Dore Discusses House GOP Speaker Vote & Critics ✕

## Latest Posts



**HLM**  **Jimmy Dore Discusses House GOP Speaker Vote & Critics of #ForceTheVote – Live With Hard Lens Media**

Hard Lens Media

💬 0

2 years ago



Rokfin

Jimmy Dore Discusses House GOP Speaker Vote & Critics ✕

Happy Holidaze to Chicago from Mayor Lori Lightfoot! 🎁 ⛄

Play (k)

1:45:36 / 1:49:10

# Jimmy Dore Discusses House GOP Speaker Vote & Critics of #ForceTheVote – Live With Hard Lens Media

... more

👍 19    👎 0

  



**Hard Lens Media**
2 years ago

 Follow

 rumble

Jimmy Dore Discusses House GOP Speaker Vote & Critics of #Forc

**All**   Videos   Channels




1:43:48

1 year ago

## Jimmy Dore Discusses House GOP Speaker Vote & Critics of #ForceTheVote - Live With Hard Lens Media

Hard Lens Media ✔

👍 8        👎 0    👁 60    💬 1




1:49:11

1 year ago

## Jimmy Dore Discusses House GOP Speaker Vote & Critics of #ForceTheVote - Live With Hard Lens Media

K kitcabello ✔

👁 166

Case: 1:24-cv-00246 Document #: 17 Filed: 09/11/24 Page 119 of 139 PageID #:186



Search

Happy Holidaze to Chicago from Mayor Lori Lightfoot!

**HAPPY HOLIDAYS CAGO**

Play (k)

1:40:16 / 1:43:48     0:00 / 3:37

rumble

## Jimmy Dore Discusses House GOP Speaker Vote & Critics of #ForceTheVote – Live With Hard Lens Media

 **Hard Lens Media** ✓
2.86K followers

Join     Follow

👍 8     👎 0     💬 Comments     ⬆ Share     Save     ⋮

Case: 1:24-cv-00246 Document #: 17 Filed: 09/11/24 Page 120 of 139 PageID #:187



Happy Holidaze to Chicago from Mayor Lori Lightfoot!





1:45:38 / 1:49:11

 rumble

## Jimmy Dore Discusses House GOP Speaker Vote & Critics of #ForceTheVote - Live With Hard Lens Media

 kitcabello
122 followers

Join    Follow

👍 1    👎 0    Comments    Share    Save



**Filter** ⌄



01:49:06 ◱



### Jimmy Dore Discusses House GOP Speaker Vote & Critics of #ForceTheVote - Live With Hard Lens Media

Hard Lens Media
1 year ago

YOUTUBE Send us a Superchat- https://streamlabs.com/hardlensmedia99 Support us on Patreon at - https://www.patreon.com/HardLensMedia Join us on Odysee - https://odysee.com/$/invite/@HardLensMedia:9 Join Our Discord Server - https://discord.gg/AQzJG8x00 Join us on Rokfin -...

 

Q Search

 

Happy Holidaze to Chicago from Mayor Lori Lightfoot!



# HAPPY HOLIDAYS
## CAGO



**Play (k)**

▶ 1:45:34 / 1:49:06 / 3:37

## Jimmy Dore Discusses House GOP Speaker Vote & Critics of #ForceTheVote - Live With Hard Lens Media

🕐 January 8, 2023   👥 16 views

 4     0    ⑤ Support    ⊞ Save    ⇄ Repost    ⊰ Share    •••

 **Hard Lens Media**
@HardLensMedia
2,176 followers

⚡ Join    ♡ Follow

Case: 1:24-cv-00246 Document #: 17 Filed: 09/11/24 Page 123 of 139 PageID #:190



East Palestine America's Chernobyl, MARS ATTACKS, 202  

Feed

## Latest Posts



**LIVE**

**HLM**   **East Palestine America's Chernobyl, MARS ATTACKS, 2024 Will Be A Disaster**

Hard Lens Media

💬 0

2 years ago

 Rokfin

East Palestine America's Chernobyl, MARS ATTACKS, 202 ✕

Happy Holidaze to Chicago from Mayor Lori Lightfoot! 🎁 ⛄

HAPPY HOLIDAYS
CHICAGO

Play (k)

▶▶ ↻ ▶❘ ◀) ◀1:36:34 / 1:40:55

**East Palestine America's Chernobyl, MARS ATTACKS, 2024 Will Be A Disaster**

... more

👍 15          👎 0                                              🔗

 **Hard Lens Media**
2 years ago

Follow

Case: 1:24-cv-00246 Document #: 17 Filed: 09/11/24 Page 125 of 139 PageID #:192

## rumble

🔍

**All**    Videos    Channels




1:40:55

1 year ago

## East Palestine America's Chernobyl, MARS ATTACKS, 2024 Will Be A Disaster

 **kitcabello** ✅

👍 4 ━━━━━━━━━━━━ 👎 0    👁 147



Search

Happy Holidaze to Chicago from Mayor Lori Lightfoot!

# HAPPY HOLIDAYS
## CHICAGO



Play (k)

1:36:35 / 1:40:55



**East Palestine America's Chernobyl, MARS ATTACKS, 2024 Will Be A Disaster**

 **kitcabello** ✓
122 followers

 Join    Follow

👍 4   👎 0    Comments    Share    Save   ⋮

# odysee

East Palestine America's Chernobyl, MARS ATTACKS, 2024 Will...  X

1.7

You have found the edge of the internet. Repost or publish your stuff here to claim this spot.

Filter



01:40:49

### East Palestine America's Chernobyl, MARS ATTACKS, 2024 Will Be A Disaster

 Hard Lens Media
1 year ago

YOUTUBE Send us a Superchat- https://streamlabs.com/hardlensmedia99 Support us on Patreon at - https://www.patreon.com/HardLensMedia Join us on Odysee - https://odysee.com/$/invite/@HardLensMedia:9 Join Our Discord Server - https://discord.gg/AQzJG8x00 Join us on Rokfin -...

  odysee



HAPPY HOLIDAYS
CHICAGO
MAYOR LORI E. LIGHTFOOT

1:36:32 / 1:40:49

East Palestine America's Chernobyl, MARS ATTACKS, 2024 Will Be A Disaster

February 13, 2023    43 views                    2        0      Support      Save      Repost      Share      ...

 **Hard Lens Media**
@HardLensMedia
2,176 followers

Join          Follow


## Rokfin

Ana Kasparian & Ben Shapiro, Biden State Of The Union, E    ✕

## Latest Posts



HLM

**Ana Kasparian & Ben Shapiro, Biden State Of The Union, Bernie & Railroad Workers, Failure For 2024**

Hard Lens Media

💬 0

2 years ago


**Rokfin**

Ana Kasparian & Ben Shapiro, Biden State Of The Union, E    ✕



Kit Cabello

1:25:17 / 1:47:44

## Ana Kasparian & Ben Shapiro, Biden State Of The Union, Bernie & Railroad Workers, Failure For 2024

... more

👍 13          👎 0

 

 **Hard Lens Media**
2 years ago

 🔔 Follow



Ana Kasparian & Ben Shapiro, Biden State Of The Union, Bernie & |

All    Videos    Channels

   

1 year ago

## Ana Kasparian & Ben Shapiro, Biden State Of The Union, Bernie & Railroad Workers, Failure For 2024

**K** kitcabello ✅

👍 3        👎 0    👁 78

     

1 year ago

## Ana Kasparian & Ben Shapiro, Biden State Of The Union, Bernie & Railroad Workers, Failure For 2024

Hard Lens Media ✅

👍 4        👎 0    👁 35    💬 15



rumble

Search



1:25:21 / 1:47:45

rumble

# Ana Kasparian & Ben Shapiro, Biden State Of The Union, Bernie & Railroad Workers, Failure For 2024

 **kitcabello** ✓
122 followers

Join    Follow

 👍 3  👎 0

 💬 Comments

 ⬆ Share    Save    ⋮



Search



  1:25:11 / 1:47:36

     

# Ana Kasparian & Ben Shapiro, Biden State Of The Union, Bernie & Railroad Workers, Failure For 2024

**Hard Lens Media** ✓
2.86K followers

Join     Follow

👍 4     👎 0     💬 Comments     ⬆ Share     ≣+ Save     ⋮



**odysee**

1.7

Filter



01:47:36

**Ana Kasparian & Ben Shapiro, Biden State Of The Union, Bernie & Railroad Workers, Failure For 2024**

Hard Lens Media
1 year ago

YOUTUBE Send us a Superchat- https://streamlabs.com/hardlensmedia99 Support us on Patreon at - https://www.patreon.com/HardLensMedia Join us on Odysee - https://odysee.com/$/invite/@HardLensMedia:9 Join Our Discord Server - https://discord.gg/AQzJG8x00 Join us on Rokfin -...

 odysee

 



1:26:10 / 1:47:36

## Ana Kasparian & Ben Shapiro, Biden State Of The Union, Bernie & Railroad Workers, Failure For 2024

February 7, 2023 · 5 views · 2 · 0 · Support · Save · Repost · Share · ...

**Hard Lens Media**
@HardLensMedia
2,176 followers

Join · Follow

Case: 1:24-cv-00246 Document #: 17 Filed: 09/11/24 Page 136 of 139 PageID #:203

 **Rokfin**

Mayor Lightfoot Loses Chicago Election, Buttiegieg Falls, ✕

## Latest Posts



● LIVE

**HLM** **Mayor Lightfoot Loses Chicago Election, Buttigieg Fails, SCOTUS & Student Debt**

Hard Lens Media

💬 0

1 year ago



Rokfin



Happy Holidaze to Chicago from Mayor Lori Lightfoot! 🎁 ⛄

HLM

# HAPPY HOLIDAYS ★ CHICAGO

MAYOR LORI E. LIGHTFOOT

    1:28:43 / 1:32:18

 

## Mayor Lightfoot Loses Chicago Election, Buttigieg Fails, SCOTUS & Student Debt

... more

 8    👎 0

   

 **Hard Lens Media**
1 year ago

 Follow



# odysee

Q  Mayor Lightfoot Loses Chicago Election, Buttiegieg Fails, SCOT...  ✕

⟳  LIVE  ✎  ✦ 1.7  ☀  🔔

⫼ Filter ⌄




01:32:13 📹

## Mayor Lightfoot Loses Chicago Election, Buttigieg Fails, SCOTUS & Student Debt

Hard Lens Media
1 year ago

YOUTUBE Send us a Superchat- Support us on Patreon at - https://www.patreon.com/HardLensMedia Join us on Odysee - https://odysee.com/$/invite/@HardLensMedia:9 Join Our Discord Server - https://discord.gg/AQzJG8x00 Join us on Rokfin -...

Case: 1:24-cv-00246 Document #: 17 Filed: 09/11/24 Page 139 of 139 PageID #:206

  **odysee**

Search

 

Happy Holidaze to Chicago from Mayor Lori Lightfoot!



HLM

# HAPPY HOLIDAYS
## ★ CHICAGO
### MAYOR LORI E. LIGHTFOOT

  ▶ 1:28:41 / 1:32:13 / 3:37

 

## Mayor Lightfoot Loses Chicago Election, Buttigieg Fails, SCOTUS & Student Debt

March 1, 2023     21 views

 0      0      Support      Save      Repost      Share     •••

 **Hard Lens Media**
@HardLensMedia
2,176 followers

 Join      Follow