**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Chicago Corner, LLC v. Hard Lens Media, Inc.

Case Number: 1:24-cv-00246

An appearance is hereby filed by the undersigned as attorney for:

Rumble Inc.

Attorney name (type or print): Michelle Locascio

Firm: Fox Rothschild LLP

Street address: 321 North Clark Street, Suite 1600

City/State/Zip: Chicago, Illinois 60654

Bar ID Number: 6339302
(See item 3 in instructions)

Telephone Number: (312) 276-1326

Email Address: mlocascio@foxrothschild.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 31, 2026

Attorney signature: S/ Michelle Locascio
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023