UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO CORNER, LLC<br><br>Plaintiff,<br><br>v.<br><br>HARD LENS MEDIA, INC.,<br><br>Defendant. | Case No. 1:24-cv-00246<br><br>Honorable Mary M. Rowland |

**NON-PARTY RUMBLE INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SUBPOENA**

Non-Party Rumble Inc. ("Rumble"), by and through undersigned counsel, respectfully submits this Motion for Extension of Time to Respond to Plaintiff Chicago Corner, LLC's ("Plaintiff") Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena"), and in support thereof, states as follows:

1. Rumble was served with the Subpoena on August 21, 2026.

2. Pursuant to the Subpoena, Rumble's deadline to respond is August 31, 2026.

3. Rumble respectfully requests an extension to respond to the Subpoena up to and until September 30, 2026.

4. Good cause exists for this request because Rumble only recently retained the undersigned as counsel for this matter. Accordingly, additional time is necessary for counsel to investigate the issues raised by the Subpoena, confer with the client, and prepare an appropriate response.

5. This is Rumble's first request for an extension of time, and it is made in good faith and not for the purpose of delay.

6. Prior to filing this Motion, counsel for Rumble attempted to contact Plaintiff's counsel by both telephone and e-mail to request Plaintiff's agreement to a thirty-day extension. To date, counsel has been unable to reach Plaintiff's counsel and has not received a response.

WHEREFORE, Rumble Inc. respectfully requests that the Court enter an order granting an extension of time up to and until September 30, 2026 for Rumble to respond to the Subpoena, and for such other and further relief as this Court deems just and proper.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Michelle Locascio*

Michelle Locascio
mlocascio@foxrothschild.com
FOX ROTHSCHILD LLP
321 N. Clark St., Suite 1600
Chicago, IL 60654
Telephone: (312) 517-9200
Facsimile: (312) 517-9201

*Counsel for Rumble Inc.*